IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

SB Initiative, INC a 501(c)(3) Organization
Plaintiff(s),

v.

Case No. 3:24-CV-00821

Cheekwood Botanical Garden and Museum of Art, a 501(c)(3) Organization
Defendant(s).

## BUSINESS ENTITY DISCLOSURE
(Disclosure of corporate affiliations, business entity citizenship, and financial interests)

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, SB Initiative, INC makes the following disclosures:

**INSTRUCTIONS:** Check the applicable box or boxes, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information.</u>

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☒ This party is a privately held corporation, incorporated in Tennessee and with a principal place of business in Nashville.

☐ This party has parent corporations

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

☐ This party is a limited liability company or limited liability partnership.

> If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

> If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

> If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

> If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

Any additional pertinent information should also be provided on attached page(s).

Date: 07/08/24  Signature: /s/ Beth C. Alexander

Printed Name: Beth C. Alexander

Title: Member, Board of Directors, SBI

**CERTIFICATE OF SERVICE**
[Include certificate of service pursuant to LR 5.01.
Attach as separate page if necessary due to space constraints.]

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document has been served upon counsel for the Defendant via ECF, addressed to:

Maia Woodhouse
Adams & Reese
Attorney for Defendant
1600 West End Avenue
#1400
Nashville, TN 37203

On this 10th day of July, 2024.



Chanelle Acheson
Counsel for Plaintiff
Waddey Acheson
chanelle@waddeyacheson.com