IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| SB INITIATIVE, INC., | ) |
|     Plaintiff/Counter-Defendant, | ) CIVIL ACTION NO. 3:24-cv-00821 |
| v. | ) DISTRICT JUDGE ELI J. RICHARDSON |
| CHEEKWOOD BOTANICAL GARDEN AND MUSEUM OF ART, | ) MAGISTRATE JUDGE BARBARA D. HOLMES |
|     Defendant/Counter-Plaintiff. | ) JURY DEMAND |

## DECLARATION OF LUCIE WALLACE CAMMACK

I, Lucie Wallace Cammack, declare as follows:

1. My name is Lucie Wallace Cammack. I am over the age of 21 and am fully competent to testify regarding the facts set forth in this declaration. I am familiar with the facts and circumstances of the above-captioned proceeding, and make these statements based on personal knowledge.

2. The facts stated below are true and correct to the best of my knowledge.

3. I am a member of the Board of Trustees of Cheekwood Botanical Garden and Museum of Art.

4. On August 17, 2024, I ran into Melanie Baker. Earlier this year, Melanie had been announced as one of the co-chairs of the 2025 Swan Ball. Melanie told me that SB Initiative, Inc. is moving forward and is making an announcement on September 4 about the new beneficiary of their efforts. She said I would be pleased. I asked about using the branding "Swan Ball" and how could they use it given the current litigation. She told me that their attorney said that they could use it.

1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 29, 2024

_Lucie Wallace Cammack_
Lucie Wallace Cammack