# EXHIBIT 1



REDACTED

**From:** Nashville Swan Ball Board <board@nashvilleswanball.com>
**Sent:** Tuesday, September 3, 2024 2:06 PM
**To:** REDACTED
**Subject:** Letter to our Swan Ball friends



SB Initiative, Inc.
Board of Directors

Beth Alexander

Dear Swan Ball Friends,

We'd like to take this opportunity to thank you for your sustaining support of Swan Ball. Your contributions throughout the years have allowed us to make material donations for the benefit of the Nashville community for over six decades. Founded in 1963 by Jane Anderson Dudley, Swan Ball has donated more than $37 million, including $2

Jean Bottorff
Kathryn Brown
Laurel Buntin
Jana Davis
Kathleen Estes
Karyn Frist
Edie Johnson *
Peggy Kinnard
Jennie McCabe
Elizabeth Nichols
Julie Stadler
Julie Walker
Sissy Wilson

* Advisor

million during the two-year Covid hiatus, an unprecedented time for fundraising.

As we consider the next chapter for Swan Ball, having accomplished the milestone event of formalizing our historic independent operations as our own 501c3 in 2024, we are excited to continue our good work to enhance the quality of life in our community. Over the past few months, it has been rewarding to hear non-profit organizations marvel over the strength, commitment, and impact that the Swan Ball volunteers can make.

We appreciate your support and want to honor your gifts while continuing to be good stewards of those funds. We are pleased to announce that Swan Ball 2025 will be held on Saturday, June 7th at a magical location in Edwin Warner Park and will benefit Friends of Warner Parks.

As Swan Ball 2025 Chairs Melanie Baker and Laura Niewold shared, "So many Nashvillians cherish the proximity of the Warner Parks to our neighborhoods and the beauty of its extensive trail system, forests, and fields, which were originally gifted to the City of Nashville almost 100 years ago by Percy Warner's son-in-law, Colonel Luke Lea. We are compelled by the mission of Friends of Warner Parks, and the significant impact Swan Ball volunteers can once again make to a beneficiary and our community."

Our gift will be transformative for Friends of Warner Parks as they pursue their mission to preserve and protect Percy and Edwin Warner Parks (the Warner Parks). The funds will be allocated directly to programming that inspires appreciation and stewardship of this unique resource and to the maintenance and enhancement of the Warner Parks and its historic structures. The Warner Parks is a 3,195-acre environmental oasis, just nine miles from downtown Nashville. In a close public-private partnership with Metro Nashville Parks and Recreation, Friends of Warner Parks honors its commitment to this iconic public space by overseeing comprehensive land and resource management, enhancing its historic features (listed in the National Register of Historic Places), and promoting educational programs that inspire a connection to nature.

Melanie and Laura, throughout the summer, have built a committee of over 200 volunteers to plan and execute our traditional schedule of events. We look forward to sharing more details with you soon.

Most gratefully,

Kathryn C. Brown and Elizabeth L. Nichols, Co-Chairs
On behalf of the SB Initiative, Inc. Board of Directors

SBINITIATIVE, Inc.
P.O. Box 50475 • Nashville, Tennessee • 37205