# EXHIBIT 1

| | |
|---|---|
| **From:** | Maia Woodhouse |
| **Sent:** | Wednesday, September 4, 2024 12:28 PM |
| **To:** | Chanelle Acheson |
| **Subject:** | RE: Checking in |

Hi Chanelle,

Thank you for the quick response. For clarity and in the spirit of the Local Rule on conferrals, we prefer you state Cheekwood's full and accurate position and SBI's response—that Cheekwood does not oppose an extension for SBI to respond to the motions ordered by the Court until Monday, provided that SBI agrees to cease using or spreading further communications using the SWAN BALL mark during the period of delay. SBI could not agree to Cheekwood's proposal.

Kind regards,
Maia

---

**From:** Chanelle Acheson <Chanelle@waddeyacheson.com>
**Sent:** Wednesday, September 4, 2024 12:19 PM
**To:** Maia Woodhouse <Maia.Woodhouse@arlaw.com>
**Subject:** Re: Checking in

Hi Maia,

Thank you.

I can't agree to your conditions. Would you prefer me to say that you object or just do not consent to the delay?

Chanelle Acheson **I** Partner

615.839.1100  Firm Main
chanelle@waddeyacheson.com
www.waddeyacheson.com
1030 16th Ave S.
Floor 2, Suite 165
Nashville, TN 37212

---

**From:** Maia Woodhouse <Maia.Woodhouse@arlaw.com>
**Sent:** Wednesday, September 4, 2024 12:00:46 PM
**To:** Chanelle Acheson <Chanelle@waddeyacheson.com>
**Subject:** RE: Checking in

Hi Chanelle,

Thank you for your email. We understand and are sympathetic to your personal situation.

Yes, Cheekwood can agree to an extension for SBI to respond to the motions ordered by the Court until MOnday, provided, however, that your client agrees to cease using or spreading further communications using the SWAN BALL mark during the period of delay.

Kind regards,
Maia

**Maia Woodhouse** | ADAMS AND REESE LLP
Partner

1600 West End Avenue, Suite 1400 | Nashville, TN 37203

**P:** +1.615.259.1085

Maia.Woodhouse@arlaw.com | Bio | vCard | X | LinkedIn

---

**From:** Chanelle Acheson <Chanelle@waddeyacheson.com>
**Sent:** Wednesday, September 4, 2024 11:50 AM
**To:** Maia Woodhouse <Maia.Woodhouse@arlaw.com>
**Subject:** Checking in

Hi Maia,

Checking in on my request. I plan to file shortly. Thank you.

# Chanelle Acheson I Partner

615.839.1100  Firm Main
chanelle@waddeyacheson.com
www.waddeyacheson.com
1030 16th Ave S.
Floor 2, Suite 165
Nashville, TN 37212