**A few highlights about the SB Initiative BOD**

**Beth Alexander:**
Non-Profit Board Service (past and present)
- Family and Children's Services (Chairman)
- Junior League of Nashville (President)
- Leadership Nashville Alumnae Association (President)
- Nashville Public Library Foundation (Chairman)
- Tennessee Repertory Theater (Chairman)

Fundraisers/Galas
- Cumberland Caper Chairman
- Montgomery Bell Academy Main Fundraiser Chairman
- Once in a Blue Moon Chairman
- Sunday in the Park Chairman
- Swan Ball Chairman, 2018
- Tennessee Repertory Theater Mystery Party Chairman

Other
- Editor and Publisher, Nfocus magazine

**Jean Bottorff:**
Non-Profit Board Service (past and present)
- Cheekwood
- United Way
- Nashville Institute for the Arts (Chairman)
- Nashville Public Television

Fundraisers/Galas
- Swan Ball Chairman, 1986

Other
- Swan Ball Mini Committee (Chairman)
- Nominating Committee (Chairman)

**Kathryn Brown:**
Non-Profit Board Service (past and present)
- Ensworth School (Chairman)
- Monroe Carell Jr Children's Hospital at Vanderbilt
- Nashville Zoo
- Ronald McDonald House
- Tennessee Repertory Theatre

Fundraisers/Galas
- Mad Hatter Ball Chairman
- Swan Ball Chairman, 2008

Other
- City of Belle Meade beautification committee member

**Laurel Buntin**:
Non-Profit Board Service (past and present)
- Betty and Louie Phillips Foundation
- Eve of Janus (Executive Board)
- FiftyForward
- Friends of Children's Hospital
- Girl Scouts
- Junior League of Nashville
- The Next Door
- Travelers Rest

Fundraisers/Galas
- Annual Fund Harpeth Hall School Chairman
- Ensworth School Auction Chairman
- Eve of Janus Chairman
- Swan Ball Chairman, 2003
- The Hermitage Luncheon Chairman
- The Next Door Luncheon Chairman

Other
- Former Deacon Immanuel Baptist Church Nashville

**Jana Davis:**
Non-Profit Board Service (past and present)
- Boys and Girls Club Middle Tennessee (Chairman)
- Cheekwood
- Community Foundation of Middle Tennessee
- HCA Foundation (Vice-Chairman)
- Nashville Convention and Visitors Center
- Nashville Public Education Foundation
- Nashville Public Television
- Pencil
- Rape and Sexual Abuse Center
- Teach for America
- United Way of Middle Tennessee

Fundraisers/Galas
- Martha O'Brien Picnic
- Nashville Symphony Ball
- Nashville Symphony Fashion Show
- Nashvillian of the Year Event
- Swan Ball Chairman, 2019
- TPAC Premier Evening

Other
- Senior Officer HCA for 20 years
- Managing Director/Crisis Consultant - Burson-Marsteller

- Speechwriter/Public Affairs Officer Bush 41 Administration

**Kathleen Estes:**
Non-Profit Board Service (past and present)
- The Hermitage

Fundraisers/Galas
- Frist Gala Chairman
- Nashville Symphony Ball Chairman
- NPT Gala Chairman
- Premiere Evening Chairman
- Sunday in the Park Chairman
- Swan Ball Chairman, 2015
- TPAC Gala Chairman

Other
- Founder Authors in the Round (Benefit Humanities Tennessee)

**Karyn Frist:**
Non-Profit Board Service (past and present)
- Ford's Theatre, Washington, DC
- Frist Art Museum Executive Committee
- Nashville Ballet
- Nashville Zoo
- Sconset Trust, Nantucket, MA

Fundraisers/Galas
- Swan Ball Chairman, 1993

**Edie Johnson (ADVISOR) – to be obtained**
Non-Profit Board Service (past and present)
- Cheekwood
- Harpeth Hall School (Chairman)
- Nashville Zoo
- McNeilly Center for Children

Fundraisers/Galas
- Swan Ball Chairman (2008)

Other
- Executive Officer and Legal Counsel, Carrell Family LLC, a private investment firm
- Vanderbilt Board of Trust (Secretary)
- Vanderbilt Medical Center Affairs since 2012 (Chairman)
- Distinguished Service Award, Vanderbilt School of Medicine
- Women United in Giving's "Spirit of Giving Award" 2006

**Peggy Kinnard**:

Non-Profit Board Service (past and present)
- Cheekwood
- Frist Art Museum

Fundraisers/Galas
- Antiques and Garden Show Chairman
- Frist Gala Chairman
- Iroquois Steeplechase Chairmen
- Swan Ball Auction Chairman
- Swan Ball Chairman, 2014


**Jennie McCabe**

Non-Profit Board Service (past and present)
- Frist Art Museum
- Girl Scouts of Middle Tennessee

Fundraisers/Galas
- Ensworth School Fundraising Event Chairman
- Frist Gala Chairman
- Hermitage Spring Luncheon Chairman
- Swan Ball Chairman, 2004

**Elizabeth Nichols:**

Non-Profit Board Service (past and present)
- Cheekwood (Executive Committee)
- Cumberland Museum and Science Center (Treasurer)
- Nashville Ballet (President)
- Rape and Sexual Abuse Center
- Tennessee Repertory Center
- The Harpeth Hall School (Executive Committee)
- The University School of Nashville (Executive Committee)
- Young Presidents Organization (YPO)

Fundraisers/Galas
- Cumberland Caper Chairman
- Southern Area Conference (YPO) Chairman
- Swan Ball Auction Chairman
- Swan Ball Chairman, 2005
- The Masked Ball for Nashville Ballet, Founder and Chairman

**Julie Stadler**

Non-Profit Board Service (past and present)
- Cheekwood Board of Directors
- Ensworth School Board of Directors

- Monroe Carell Jr Children's Hospital at Vanderbilt
- Nashville Ballet Board of Directors

Fundraisers/Galas
- Sunday in the Park Chairman
- Swan Ball Chairman, 2003
- Trees of Christmas Chairman

Other
- Board of Visitors - Owen School at Vanderbilt
- Central Parking Corporation Board of Directors
- CEO and Owner of Skyway Studios
- Chair of Campaign Cabinet - Owen School of Business at Vanderbilt

**Julie Walker:**
Non-Profit Board Service (past and present)
- Centennial Club (Program Committee Chairman)
- Cheekwood
- Frist Art Museum (Finance Committee, Governance Committee Chairman)
- Garden Club of Nashville (President, Treasurer, Strategic Planning Chairman)
- Girl Scouts of Nashville
- Junior League of Nashville (President)
- Monroe Carell Jr Children's Hospital at Vanderbilt
- Nashville Zoo – (Chairman)
- Susan G. Komen Breast Cancer Foundation
- YWCA

Fundraisisers/Galas
- Antiques & Garden Show Chairman
- Children's Miracle Network Telethon Chairman
- Frist Gala Chairman
- Hermitage Gala Chairman
- Iroquois Steeplechase Chairman
- Swan Ball Auction Chairman
- Swan Ball Chairman, 2013

Other
- Lifetime Achievement Award Junior League of Nashville Sustainer Paragon
- YWCA Academy for Women of Achievement Inductee
- Leadership Nashville

**Sissy Wilson**
Non-Profit Board Service (past and present)
- Naples Children & Education Foundation Trustee

Fundraisers/Galas
- Nashville Symphony Ball Chairman

- Nashville Symphony Fashion Show Chairman
- Swan Ball Chairman, 2010

Other
- Co-producer of A21's global awareness short film 2022 & 2024
- Co-founder of Caroline and William Wilson's Women's Scholarship at Vanderbilt University