# Swan Ball Procedures and Policies

## 2018

The Swan Ball (SB) Procedures and Policies document was created to preserve the integrity of the SB by the collective wisdom of many former chairmen, and should serve as the guiding document to Chairmen in the future. The SB Procedures and Policies should be reviewed each year.

To the extent that past or future Chairmen wish to request changes in the policies, they must make a formal request to the Mini-Committee; the request may need to be referred to the Executive Committee for review.

### Advisory Committee

The SB Advisory Committee is made up of all past SB Chairmen and Co-Chairmen and is listed in the SB program as such. Decisions related to the current and future SBs are made at the committee level (including Mini Committee); however, in the event that a substantive decision must be made such as changing the price/date or changing an item in this Procedures and Policies Document, the Executive Committee will make the final decision.

### The Honorary Executive Committee

This committee is made up of well-respected, well-connected women in the community. They serve at the annual invitation of the Ball Chairmen. Their names are listed on the SB letterhead ████████
████████████████████████████████████████████████████████

Each year's Chairmen will have special, loyal friends whose opinions they value and whom they would like to ask. The Mini Committee will advise and approve any additions or deletions. ████
████████████████████████████ The committee does not necessarily remain the same year after year. ████████████████████████████████████████
████████████████████ discussed with the Ball Chairmen before a decision is made.

### Executive Committee

The Executive Committee is made up of members of the Advisory Committee who serve as Chairmen of Standing Committees:

- Invitation
- Nominating
- Mini

- Patrons and
- SB Representative to the Cheekwood Board

The Chairman of the Executive Committee is usually the immediate past Chair of the Mini Committee and will serve a minimum one (1) two year term.

The outgoing Chairman of the Executive Committee serves as the SB Representative to the Cheekwood Board ("SB Rep") for a minimum of one (1) two year term. In the event that the outgoing Chairman of the Executive Committee is unable/unwilling to serve as such, either the current Chairman of the Executive or a member of Executive committee appointed by the Chairman will serve as the SB Rep.

The Chairman of the Executive Committee also appoints two members from the Advisory Committee to serve a two year term on the Executive Committee.

The Executive Committee shall appoint additional working committees as the need arises, i.e., Development, Long Range Planning/Visions, Production, Human Resource, and Communication. The Executive Committee should consider adding the following committee chairmen (former SB chairman):

- Late Party
- Finance
- Reservations

While these committee chairmen might be present for one or more Executive Committee meetings, they would not at this time be considered voting members.

While the leadership of all working committees should stay in place for an extended term (to provide continuity), it is suggested that all working committees have 5-10 members; each member serves a minimum two-years. Committee leadership should use best efforts to add new members to their committees on an annual basis and as existing members retire/roll-off.

Committee leadership (including Mini Committee) will use best efforts to involve as many former chairman as possible to foster a longstanding commitment to and participation in the SB.

**Mini Committee**

A maximum of twelve members of the Advisory Board shall serve on the Mini Committee: Four new members are appointed each year by the Executive Committee; they will serve on a two-year rotation schedule.

### Chairmen Advisors

Each year one past SB Chairman is chosen by each incoming Chairman to serve as her advisor. These two advisors serve as voting members of the Mini Committee for one year. The role of these individuals is to advise and encourage the Chairmen. Their most important function aside from being a support system for the Chairmen is to aid them in discerning which ongoing decisions should be directed to the Mini Committee for discussion (as directed by this document).

Others serving are:

- Head of the Mini Committee
- The Chairman of the Executive Committee
- A committee chairman representing the following committees:
- Invitations
- Nominating
- Patrons
- Dance

In the event that one of the standing chairman cannot attend a Mini Committee meeting, that Chairman will arrange for a representative from her committee to attend the meeting in her absence.

The role of the Mini Committee is strictly advisory. Major issues affecting a current SB are taken by the Chairmen to the Mini Committee for discussion and recommendations.

Major issues affecting not only the current Ball but future Balls are taken by the Chairs to the Mini Committee which makes recommendations to be approved or denied by the Executive Committee.

The Mini Committee will meet at ███████████████ each of the following months: September, October, November, January, February, March, April and May. Additionally, a Mini Committee meeting will be set for at least one month before the current SB and just after the current SB. The Chairman may request additional meetings of the Mini Committee, (even if the meeting is more than 12 months out from their SB - this would be to discuss time sensitive or 'revolutionary ideas!). In the event that rising SB chairmen have an issue with the standing schedule, they will submit a request for an alternate date.

**Invitation Committee**

This committee meets ███████████████████████████ to vote on new guest proposals and to update the files as necessary. ███████████████████████

███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

The final meeting for the IC ███████████████████████████
███████ It is advised that the current SB Chairmen attend the Invitation Committee meetings unless the Invitation Committee Chairman notifies them that they are not needed for a particular meeting.

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

New names are submitted by the current Ball Chairs, Advisory Committee members and others connected to the SB. ███████████████████████████████████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████████

The number of guests vary from year to year and some years there have been more people than the site can accommodate graciously. It was decided to put a 750 cap on the numbers of attendees to the Ball and a 300 cap on the Late Party. ▮

▮ *it is important that Cheekwood's CEO be aware of this Procedures and Policies document as relates to the invitation protocol.*

▮

**There should be no corporate tables. A corporate table is defined as a table granted to a business to be used at his or her discretion to seat guests. As the SB invitation is non-transferrable, this is strictly prohibited. This is one policy that has made the SB unique.**

▮

All current members of the Cheekwood Board are invited to that year's Ball. The Antiques and Garden Show Chairmen and the President of the Horticultural Society are invited to the SB.

▮

### Working Committees

It is strongly advised that robust working committees be assembled; in the past, committee members have held strategic and administrative positions (this prevents the HR at the SB office from being completely overwhelmed). This also helps build interest in and increases attendance to the SB. Specifically, Programs, Auction Brochures, Printing, etc..should be led by volunteers. All people listed on the Chairman's' list should have jobs; it is not advised to have a committee chairman list of people who have no jobs.

## Table Hosts

SB has historically not used a formalized Table Host strategy. This should be considered by the Chairmen and is open for discussion.

## Late Party Invitations

These invitations are sent to ages 29-35 (age as of June 1). Late Party/SB Choice, ages 36-39 (age as of June 1). One member of each couple must be of that age. ████ ████ The Late Party should be kept to a maximum of 300 guests; ████

## Dance Committee Invitations

The goal is to have 60 Dance Committee Members who work at the Auction and at the SB. ████

The current Chairmen should be advised that there are no exceptions to the rule; and if asked they need to respond with the criteria above or refer to Chairmen of the Mini Committee.

[REDACTED]

The Dance Committee members will not provide assistance to the Late Party.

### Nominating Committee

The purpose of this committee is the identification and selection of prospective chairmen.

The Nominating Committee compiles and keeps a list of prospective chairmen [REDACTED] The Nominating Committee makes the call on those candidates selected and asks other members of the Advisory Committee to join in the 'ask', if appropriate. Additional members should be included either because they are representative spokesmen for the ball, have recently chaired the ball or because of a close relationship to the candidate.

The selection should occur in the summer, one and three/fourths years before the ball for which the candidate would be serving as Chairman.

When the new SB Chairs have accepted, the Chairman of Nominating will present them with this Procedures and Policies document and an electronic version of a previous SB Chairmen's Report.

Each chairman should select someone from the Advisory Committee to serve as her advisor.

In early June, one year before the SB Co-Chairmen's Ball, the Chairman of the Mini Committee (or her representative who is a sitting member on Mini) shall contact the new Chairmen and present them with the names of their Mini Committee. It is important that the new Chairs have an overall view of the Ball before making any major commitments. It is further critical that the new Chairs check to make sure that all volunteers whom they plan to pursue are currently on the SB list. If not, they must be proposed to the Invitation Committee as described herein.

In the event that the new Chairs have questions prior to their first Mini Committee (one month before the current Ball occurs), they will first consult their advisors. The advisor will take the question to the appropriate audience (Mini or Exec).

Specific items that the new Chairs can begin, upon accepting their position and before their official year begins (the day after the current SB is held), include:

- Choosing the person(s) that will represent each of them on the Mini Committee
- Reviewing history on auction, auction chairs, Swan Award recipients, Jewelers, and Ball designers and budget (to the extent they are available)
- Developing a theme, brainstorming candidates to serve as Jeweler, Designer, and Entertainment
- Beginning to solicit Auction Chairs (2-3)
- Reviewing and brainstorming candidates for the Honorary Executive Committee, the National Committee and the International Committee (to be presented to Mini Committee)
- Reviewing the past income and expenses with the Treasurer
- Meeting with SB Chairmen and/or working Committee Chairmen (i.e., Jewelry, Auction, etc.) from the SB two years prior
- The new Chairs will not contact sitting chairmen

After the first of the year the chairs can:
- Ask Late Party chairs so they can attend the Late party of the current ball
- Discreetly begin search for Patron Party hosts and party location

## Patrons

The Patrons Committee has four objectives:
1. 



Patrons are by invitation only. It requires a donation of ▓▓ as of 2013, ▓▓▓▓▓▓▓▓▓▓.

Nine members of the Advisory Committee will serve on the Patrons Committee▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

Patrons may only be proposed by other Patrons, Ball Chairmen and the President and CEO of Cheekwood Botanical Garden and Museum of Art.

[REDACTED]

There is an option for the current Chairmen to invite a family member(s) to be a Patron for one-year only; these one year patrons will contribute [REDACTED]

Party hosts will be listed as such in the program at the top of the Patron's page in chronological order by party and alphabetically within those designations when there are multiple hosts.

The number of Patrons is very important because of the size of the Patrons dinner as well as the guarantee of a seat at the Ball.

[REDACTED]

The head of the Cheekwood Board is invited to be a Patron as a courtesy. He or she is a Patron for the length of term of office unless already a Patron.

[REDACTED]

[REDACTED]

### Gentlemen's Committee

A select group of men, who are on the SB list, are asked to join The Gentlemen's Committee at a price of [REDACTED] They 'host' the cocktail party and receive no other perk other than a listing in the program. [REDACTED] The Swan Ball Chairmen can add names to the Gentlemen's Committee list.

### Ladies' Committee

Every woman invited to the SB is asked to join The Ladies' Committee at a price of [REDACTED] They receive no other perk other than a listing in the program. [REDACTED]

### Parties

For the Patrons party, there should be 6-8 party host couples who should expect to spend no more than [REDACTED] (party costs fluctuate based upon whether or not the Party is held at Cheekwood or in a private home); [REDACTED]

In the event that the current Chairmen want to hold the Patrons Party at the mansion, Cheekwood must be notified at least one-year in advance. Additionally, in the event that the Patrons Party is held at Cheekwood at the same location as the Late Party there is an opportunity for efficiency.

Other parties that are held, which are paid for by the hosts/hostesses include:

1. Kick-off party
2. Reveal party
3. Auction dinners
4. Jewelry party - historically the jewelry party has been held during the **week** of the SB. In 2017 it was held in February coinciding with the reveal party. The timing decision is at the discretion of the SB chairmen and related to scheduling with the jewelry designer.

5. The Auction Party is paid for by the Ball and managed by two volunteers. It has been successfully held at Belle Meade Country Club and the date is TBD. The ticket price to attend the Auction Party should cover Auction Party expenses.

**Production**

[redacted]

**Reservations Committee**

This committee works with the chairmen to complete unfilled tables two weeks before the ball. [redacted]

**Schedule**

[redacted]

**Solicitation Letters**

Solicitation letters (Ladies, Gentlemen, etc.) should be standardized. All copy should be approved by Mini Committee.

**Swan Award** [redacted]

For years the Swan Award recipient was selected by a small committee who asked someone on the national scene whom they deemed to have supported the arts in an exceptional way.

[redacted]

**Underwriters**



**Cheekwood Related Matters Accounting Procedures**

Until 2011, Cheekwood and the SB had separate accounting procedures, which had to be combined at the end of the year. That and a question about checks and balances

had become an accounting problem for Cheekwood. In order to resolve this, the SB agreed to merge its bookkeeping with the MIP Sage Fund Accounting Software for the SB. The SB maintains its own treasurer and the right to make decisions regarding SB purchases, payments and revenue tracking. The new program allows formalized purchase approval and check signing procedures documented for the auditors as well as an archival system for finding information for the auditors.

Because the SB office manager and SB Coordinator are technically employees of Cheekwood, periodic job reviews must be conducted. Cheekwood asked the SB for a job description in 2008 and one was submitted. (See tile.) The Office Manager must comply with Cheekwood personnel policy. The Executive Committee made the Office Manager and SB Coordinator a full time position with the salary and benefits coming out of SB funds but to be paid by Cheekwood accounting. There must be an Advisory Member who serves as liaison to both of the full time employees and also as the SB liaison between the CW HR person and the SB staff. Currently this is Amy Colton.

**Date of the Ball**

The date of the Ball has been established to be the first Saturday of June. The Patron's Party occurs on the Wednesday before the SB.

**Prior Participants**

Prior Swan Award recipients include:

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



Prior Entertainers have included:





Prior Designer Exhibitions have included:



Prior SB Designers/Project Managers



Prior Jewelry Exhibitors have included:





- Prior Orchestras have included:



### Start-up Fund

In order to open the next Ball's account, the Treasurer transfers ▓▓▓ from the current ball year. When the next ball year is in a strong cash flow position (usually the following Spring) she transfers the ▓▓▓ back to the ball that earned the monies (e.g., to open SB18's bank account in July of 2017, she will transfer ▓▓▓ from SB17 to SB18. Around March of 2018, she will transfer the ▓▓▓ back to SB17 from SB18). In essence the ▓▓▓ is a loan without any interest.

### Funds Release to Cheekwood

The funds to Cheekwood are given in two installments. The first, and larger installment, is given in December (some time before the first of the year) following the Ball. In October of the year following the Ball, the bank account is closed out and the remaining funds are transferred to Cheekwood. (e.g., we will make the initial SB17 installment in December of 2017. In October of 2018, we will close the SB17 account and transfer the remaining funds to Cheekwood). The Treasurer generally tries to pay out 85-90% of the funds in the first installment and reserve the remaining funds in case anything comes up later

relating to that ball year. The Treasurer obtains approval for the installment amount from the Executive Committee. On one occasion, Cheekwood has requested that an installment (or part of an installment) be paid out during a different month in order to help them meet their debt covenants with the bank. When Cheekwood makes this request, the Treasurer seeks approval from the Executive Committee before moving forward.

**Coordination of Solicitations**

. The SB Mini Committee and Executive Committee and the SB representative to the Cheekwood board all need to work with the Chairs toward this goal. A representative from the SB Mini Committee or Executive Committee should be appointed and should attend any and all meeting set between Cheekwood and the Chairs.

**Discretionary Fund**

████ will be held back each year for a discretionary fund. The fund will be held for expenses that might arise from time to time related to technology needs, public relations expenses, etc. The use of funds will be approved by Executive committee. Check in Bank account by Swan Ball and must be signed by head of Executive and Swan Ball Chairman.

A fund is maintained for memorials and special recognitions of the Advisory Committee. ████ a year should be set aside to maintain this fund.