# SWORN DECLARATION OF

1. My name is Jack Becker, and I give this declaration of my own free will and without outside influences.
2. I am a citizen of the United States, residing at Omaha NE.
3. From 2004 to 2010, I was the CEO of Cheekwood Botanical Gardens & Museum of Art ("Cheekwood") in Nashville, Tennessee.
4. During my tenue as CEO of Cheekwood:
    a. I was fully aware of a volunteer organization known as the Swan Ball Committee (the "Committee")
    b. I recognized the Committee as a volunteer organization separate and apart from Cheekwood
    c. The Committee annually planned and produced the Swan Ball gala on the lawn behind the Cheekwood mansion and the Swan Ball Auction
    d. The Committee did not report to me or any other Cheekwood staff member
    e. The Committee was totally in charge of planning and producing this gala event and auction on an annual basis and it made all decisions related to the nature and quality of the event
    f. Neither I nor any member of the Cheekwood staff had any input or control over the Swan Ball operations such as:
        i. Selection of the Chairmen of the gala
        ii. Selection of the theme of the gala
        iii. Selection of the Event Designer or Coordinator for the gala
        iv. Selection of the entertainment for the gala
        v. Selection of the caterer for the gala
        vi. Selection of the design of the invitation for the gala
        vii. Selection of the flowers for the gala
        viii. Selection of vendors engaged to assist with the production of the gala
        ix. Determination of those individuals who would receive an invitation to the gala
5. During my tenure, each year Cheekwood was the beneficiary of the net profits resulting from the volunteer efforts of the Swan Ball Committee; while Cheekwood stood ready to cooperate in any way possible the responsibility, work effort and outcomes were completely the result of this volunteer force.

_____
(Signature)

Jack Becker
(Print Name)