Swan Ball Mini Committee Meeting
January 10, 2024
2:00 pm, Belle Meade Country Club

Attending: Sally, Carolyn, Jennie, Mary Catherine, Kathleen, Peggy, Elizabeth N., Barby, Jane Anne, Patti, Anne

The Chairmen told the committee that they had met with Tom Stumb to brainstorm potential underwriters and that he had suggested that Swan Ball should be asking for a 5-year commitment from major underwriters. The Mini Committee recommended seeking Rob McCabe's advice on this. (Update, Rob shared valuable insights and recommended against doing this.)

Discussion was held about bringing back medals/lapel pins for the Gentlemen's Committee. The question was referred back to the Executive Committee. (Update, EC voted to approve the use of lapel pins for anyone who joins the Gentlemen's Committee but requested the pins be mailed out in advance of the Ball, to avoid the bottleneck that occurs at the Cheekwood entrance on the night of SB.) As a reminder, the Gentlemen's Committee letters are going out to every man on the Swan Ball invitation list this year.

==Carolyn relayed a request by Jane MacLeod about Boxwood fundraising. Jane has asked to include an "Ask' for donations to replace the Cheekwood boxwoods in the mailed Swan Ball invitation. After Mini Committee discussion, the matter was referred to the EC. (Update, the EC talked at length about this and considered several options but ultimately voted against combining specific Boxwoods fundraising with the Swan Ball.)==

Carolyn brought up a request by Caroline Mazey to host a pop-up Altuzzara fashion show with a Q&A with the designer Joseph at a local venue to benefit Swan Ball. The committee decided against approving this.

Jennie McCabe announced that the Patrons Committee was preparing to meet in January and requested that any proposals be forwarded to her and Laurel. Kathleen announced that Jennie and Laurel will be stepping down from their positions as Patrons Chairs after many years in that role and asked that anyone with recommendations on their replacements be forwarded to

Case 3:24-cv-00821     Document 33-9     Filed 09/06/24     Page 1 of 2 PageID #: 1196

her.

*** The next Mini meeting will be via Zoom - February 14 at 2:00 pm