## RE: Disbursement to Cheekwood

12 messages

**Caroline Mazey** ████████████
To: Peggy Kinnard ████████████, Candace Reeve ████████████ Swan Ball ████████████
Cc: Elizabeth Akers ████████████ Elizabeth Nichols ████████████

Fri, Mar 27, 2020 at 1:33 PM

Copying Candace's updated email address.

**Caroline Mazey**
Swan Ball Coordinator | Cheekwood
1200 Forrest Park Drive | Nashville TN 37205
████████████
www.cheekwood.org

Like us on Facebook!  Follow us on Twitter!  Follow us on Instagram!

**From:** Peggy Kinnard ████████████
**Sent:** Friday, March 27, 2020 1:22 PM
**To:** candace lawrence ████████████ Caroline Mazey ████████████ Swan Ball ████████████
**Cc:** Elizabeth Akers ████████████ Elizabeth Nichols ████████████
**Subject:** Disbursement to Cheekwood

Good Afternoon,

Cheekwood CEO, Jane Macleod has ask if Swan Ball can make the remaining $125K disbursement from the 2019 Ball immediately rather than this fall.

Could you let us know as soon as possible.

Hope everyone is doing well.

Thanks,

Peggy

---

Peggy Kinnard
e -
m -

---

**Peggy Kinnard** ▉
To: Caroline Mazey ▉                                                                           Fri, Mar 27, 2020 at 1:52 PM
Cc: Candace Reeve ▉
▉                                     Swan Ball Office ▉                      Elizabeth Akers ▉                      Elizabeth Nichols

Thanks, I have corrected in my contacts...

Peggy Kinnard
e -
m -
[Quoted text hidden]

---

**Candace Reeve** ▉
To: Peggy Kinnard ▉                                                                            Fri, Mar 27, 2020 at 2:15 PM
Cc: Caroline Mazey ▉
▉                                     Swan Ball Office ▉                      Elizabeth Akers ▉                      Elizabeth Nichols



Hi Team,

Unfortunately, there are a few items to note below that would inhibit this disbursement:

-There is a $75k minimum required to be kept within the interest bearing account and keep our interest rate. $75k is currently the amount we have within the 2019 account.
-SB2020 borrowed the traditional $50k, and an additional $50k resulting in $100k still on loan from SB2019 t0 SB2020 and is not able to be paid back until after SB2020 is complete

It may be easier to discuss over the phone if follow up is needed. Let me know if anyone has questions.

With thanks,
Candace

[Quoted text hidden]

---

**Elizabeth Akers** ▉
To: Candace Reeve ▉        Fri, Mar 27, 2020 at 2:22 PM
Cc: Peggy Kinnard ▉   Caroline Mazey ▉   Swan Ball Office ▉   Elizabeth Nichols

Cheekwood is asking for $125,000 remainder. Wondering if we should reimburse the 2019 account from the 2020 Ball year?

Peggy..wonder if maybe ▉ would allow interest with just $50,000 in account due to the circumstances? If not ..we could possibly move $100,000?

Sent from my iPhone

On Mar 27, 2020, at 2:15 PM, Candace Reeve ▉ wrote:

[Quoted text hidden]

---

**Candace Reeve** ▉
To: Elizabeth Akers ▉        Fri, Mar 27, 2020 at 2:35 PM
Cc: Peggy Kinnard ▉   Caroline Mazey ▉   Swan Ball Office ▉   Elizabeth Nichols

SB2020 is currently sitting at about $275k. If we pay back the $100k to SB2019, then SB2020 would have $175k to pay any invoices coming through. That being said, this is traditionally the time that we would expect SB2020 to be collecting the majority of the funds. I do, think, however, we should be cautious of SB2020 needing unforeseen support due to the effects of COVID19.

Caroline/Adelaide: Do we expect large donation patterns moving forward? AND do we know of any large invoices that will be coming through the foreseeable future, particularly prior to the Auction?

I think all else equal, we could packback $100k back to SB2019 and move a portion to Cheekwood, leaving SB2020 with appx $175k in cash flow to get through large expenses prior to Auction ticket sales starting to come through.

With thanks,
Candace
[Quoted text hidden]

---

**Caroline Mazey** ██████████████████████
To: Candace Reeve ███████████████████                                   Fri, Mar 27, 2020 at 2:39 PM
Cc: Elizabeth Akers ████████████████████  Peggy Kinnard ███████████████  Swan Ball ██████████████████  Elizabeth Nichols

We will have an invoice in the near future for about ███ for invitations. I haven't heard the latest about our event planner, but we might have another invoice around the ███ mark for them as well.

**Caroline Mazey**
Swan Ball Coordinator | Cheekwood
1200 Forrest Park Drive | Nashville TN 37205
██████████████

Like us on Facebook!   Follow us on Twitter!   Follow us on Instagram!

On Mar 27, 2020, at 2:36 PM, Candace Reeve ████████████████████ wrote:

Doc 6- p. 5

**Candace Reeve** ████████████████████████

To: Caroline Mazey ████████████████

Cc: Elizabeth Akers ████████████████ Peggy Kinnard ████████████████ Swan Ball ████████████████ Elizabeth Nichols

Mon, Mar 30, 2020 at 8:26 AM

Good Morning Ladies,

I hope all is well. Using the above insights, I've performed the following calculations below. My current recommendation is that we are able to pay SB2019 back from SB2020, and still leave SB2020 with about $200k for remaining invoices, as funds will still be coming in. Please confirm if this is the approved request, and I will start the transfers. Cheekwood can expect to receive appx. $179,313 remaining from SB2019. If started today, the funds will be there by the end of the week at the latest. Please don't hesitate to call me if you have any questions! My cell is ████████████

| SB2020 Cash (3/30) | $ | 402,000 |
|---|---|---|
| Invitations | $ | (45,000) |
| Event Planner | $ | (45,000) |
| LOAN from SB2019 | $ | (100,000) |
| Ending | | $212,000 |

[Quoted text hidden]

**Swan Ball** ████████████████████

To: Caroline Mazey ████████████████ Candace Reeve ████████████████

Cc: Elizabeth Akers ████████████████ Peggy Kinnard ████████████████ Elizabeth Nichols ████████████████

Mon, Mar 30, 2020 at 10:33 AM

There won't be any auction invoices coming in. Lots of Underwriters have pledged but not sent in their money yet. I'm working with Anne and Jane Anne to reach out to all pledged Underwriters this week and if all that have pledged send in their money, we should expect about $165k more.

**Adelaide Thornton**
Swan Ball Office Manager & Auction Coordinator | Cheekwood
1200 Forrest Park Drive | Nashville TN 37205
██████████████████

Like us on Facebook!  Follow us on Twitter!  Follow us on Instagram!

**From:** Caroline Mazey ████████████████
**Sent:** Friday, March 27, 2020 2:39 PM
**To:** Candace Reeve <████████████████
**Cc:** Elizabeth Akers <████████████ Peggy Kinnard ████████████ Swan Ball ████████████ Elizabeth Nichols
**Subject:** Re: Disbursement to Cheekwood

We will have an invoice in the near future for about ███ for invitations. I haven't heard the latest about our event planner, but we might have another invoice around the ███ mark for them as well.

Caroline Mazey

Swan Ball Coordinator | Cheekwood

1200 Forrest Park Drive | Nashville TN 37205

████████████████

www.cheekwood.org

On Mar 27, 2020, at 2:36 PM, Candace Reeve ██████████ wrote:

[Quoted text hidden]

---

**Elizabeth Akers** ██████████
To: Candace Reeve ██████
Cc: Caroline Mazey ██████████ Peggy Kinnard ██████████ Swan Ball ██████████ Elizabeth Nichols

Mon, Mar 30, 2020 at 10:54 AM

Thank you!

Does this number include the increased expense about for the admin expenses?

Sent from my iPhone

On Mar 30, 2020, at 8:26 AM, Candace Reeve ██████████ wrote:

Good Morning Ladies,

I hope all is well. Using the above insights, I've performed the following calculations below. My current recommendation is that we are able to pay SB2019 back from SB2020, and still leave SB2020 with about $200k for remaining invoices, as funds will still be coming in. Please confirm if this is the approved request, and I will start the transfers. Cheekwood can expect to receive appx. $179,313 remaining from SB2019. If started today, the funds will be there by the end of the week at the latest. Please don't hesitate to call me if you have any questions! My cell is ██████████

<image.png>

[Quoted text hidden]

---

**Candace Reeve** ██████████
To: Elizabeth Akers ██████████
Cc: Caroline Mazey ██████████ Peggy Kinnard ██████████ Swan Ball ██████████ Elizabeth Nichols

Mon, Mar 30, 2020 at 11:04 AM



**Adelaide Thornton**
Swan Ball Office Manager & Auction Coordinator | Cheekwood
1200 Forrest Park Drive | Nashville TN 37205
www.cheekwood.org

Like us on Facebook!  Follow us on Twitter!  Follow us on Instagram!

**From:** Daniel Miller
**Sent:** Monday, April 27, 2020 9:40 AM
**To:** Candace Reeve
**Cc:** Swan Ball
**Subject:** FW: Disbursement to Cheekwood

Hi Candace –

Thanks very much for your help to make this happen.  It is most needed and appreciated right now.

I have several Swan Ball 2020 payments that have been received by Cheekwood.  We normally cut checks and get them to Adelaide for deposit into the Swan Ball Account.  Given the current situation, I could make electronic transfers of the funds from the Cheekwood Account to Swan Ball (which would avoid us cutting checks and Swan Ball from depositing them).  Please let me know your thoughts.  If you still want physical checks, we'll get them cut this week.

Thanks again,

Da.. █████████

Daniel MillerCPA

CFO | Cheekwood

1200 Forrest Park Drive | Nashville TN 37205

████████████████

www.cheekwood.org

---

**From:** Miller.Sabrina - ████████████████

[Quoted text hidden]

[Quoted text hidden]

---

**Candace Reeve** ████████████
To: Daniel Miller ████████████████                                        Mon, Apr 27, 2020 at 1:13 PM
Cc: Swan Ball ████████

Agreed, electronic transfer is quite acceptable for fund movement.

And happy to assist, Please let me know anything else you all may need!

With thanks,
Candace

Candace (Lawrence) Reeve

████████████████

> On Apr 27, 2020, at 12:43 PM, Swan Ball ████████████████ wrote:



[Quoted text hidden]

**Swan Ball** ████████████████
To: Daniel Miller ████████████████ Candace Reeve ████████████████        Wed, Apr 29, 2020 at 10:48 AM

Hi Dan,

I hope all is well! I am meeting with the Ball Chairs today about following up with UW and Patron's. Would you mind sending that check info if possible? We don't want to start invoicing anyone that we may have received payment from. Thanks so much.

Best,

Adelaide

**Adelaide Thornton**
Swan Ball Office Manager & Auction Coordinator | Cheekwood
1200 Forrest Park Drive | Nashville TN 37205
████████████████
www.cheekwood.org

Like us on Facebook!  Follow us on Twitter!  Follow us on Instagram!



**Adelaide Thornton**
Swan Ball Office Manager & Auction Coordinator | Cheekwood
1200 Forrest Park Drive | Nashville TN 37205

Like us on Facebook!   Follow us on Twitter!   Follow us on Instagram!

**From:** Daniel Miller
**Sent:** Wednesday, April 29, 2020 10:59 AM
**To:** Swan Ball                          Candace Reeve
**Subject:** RE: Disbursement to Cheekwood

Yes, I'll try to get it to you quickly (I need to get it from Brandi).

Thanks.


Daniel MillerCPA

CFO | Cheekwood

1200 Forrest Park Drive | Nashville TN 37205

www.cheekwood.org

[Quoted text hidden]
[Quoted text hidden]

**Daniel Miller** 
To: Swan Ball ███████████████ Candace Reeve ██████████████

Wed, Apr 29, 2020 at 12:02 PM

I just transferred $14,850.47 to the Swan Ball Account ████

Details:

Please let me know if you don't receive the transfer.

Thanks,

Dan

**Daniel Miller CPA**
CFO | Cheekwood
1200 Forrest Park Drive | Nashville TN 37205
www.cheekwood.org



**Candace Reeve**

# Disbursement to Cheekwood
9 messages

---

**Candace Reeve** ██████████████████████                                Thu, Apr 23, 2020 at 11:07 AM
To: "Miller.Sabrina ███████
Cc: Elizabeth Akers ████████████████, Peggy Kinnard ████████████████ Swan Ball ████████████████ Caroline Mazey
████████████████, Daniel Miller ████████████████

Good Morning Sabrina,

I hope all is well. Due to current circumstances, we would like to request a disbursement to Cheekwood earlier than our traditional timeline.

I have just created an online transfer from SB2020 (acct ending in ████) to SB2019 ████) for $100k to be completed today. As soon as that has processed, would you please disburse $125k from account ending in ████ to Cheekwood's operating account?

Please don't hesitate to give me a call if you have any questions.

With thanks,
Candace

**Candace Reeve**
████████████

---

**Miller.Sabrina** ███████████████████                                Mon, Apr 27, 2020 at 9:23 AM
To: Candace Reeve ███████████████
Cc: Elizabeth Akers ████████████████, Peggy Kinnard ████████████████ Swan Ball ████████████████, Caroline Mazey
████████████████, Daniel Miller ████████████████

The $125,000 from account x████ has been transferred to account x████

Sabrina Miller

Vice President, Middle Market Commercial Banking

SunTrust Bank, now Truist



Take a step towards financial confidence. Join the movement at onUp.com

[Quoted text hidden]

LEGAL DISCLAIMER
The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, re-transmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.
[ST:XCL]

---

**Daniel Miller** ▉▉▉▉▉▉                                                                Mon, Apr 27, 2020 at 9:40 AM
To: Candace Reeve ▉▉▉▉▉▉▉▉
Cc: Swan Ball ▉▉▉▉▉▉▉▉

Hi Candace –

Thanks very much for your help to make this happen.  It is most needed and appreciated right now.

I have several Swan Ball 2020 payments that have been received by Cheekwood.  We normally cut checks and get them to Adelaide for deposit into the Swan Ball Account.  Given the current situation, I could make electronic transfers of the funds from the Cheekwood Account to Swan Ball (which would avoid us cutting checks and Swan Ball from depositing them).  Please let me know your thoughts.  If you still want physical checks, we'll get them cut this week.

Thanks again,

Dan

**Daniel MillerCPA**
CFO | Cheekwood
1200 Forrest Park Drive | Nashville TN 37205

www.cheekwood.org

Like us on Facebook!   Follow us on Twitter!   Follow us on Instagram!

[Quoted text hidden]
[Quoted text hidden]

---

**Swan Ball**                                                          Mon, Apr 27, 2020 at 12:43 PM
To: Daniel Miller                                    Candace Reeve

Hi Dan,

I think an electronic transfer of the funds is perfectly fine but I will let Candace confirm. If it's not too much trouble, could you send me the details of the checks—who from and the amount?

Thanks so much.