## SWORN DECLARATION OF ANNA PEEBLES

1. My name is ANNA PEEBLES, and I give this declaration of my own free will and without outside influences.
2. I am the owner of You're Invited in Nashville, Tennessee.
3. At the request of the Swan Ball chairman, I have been involved in providing and/or creating the Swan Ball invitations, underwriting invitations, auction invitations or patron party invitations for the past ten years.
4. I have only communicated with the Swan Ball chairman or her committee members regarding invitations.
5. I never reported, interacted or had a conversation with a Cheekwood staff member or any employee of Cheekwood regarding the Swan Ball.
6. I have negotiated the finances regarding the cost of the invitations with the Swan Ball chairman and/or her committee members for the past ten years.

Signed, _Anna R. Peebles_ (Signature)

_Anna R. Peebles_ (Printed Name)

Executed on 8/12/24 (date).

## SWORN DECLARATION OF DORI WALLER

1. My name is Dori Waller, and I give this declaration of my own free will and without outside influences.
2. I am the owner of The Social Office in Chattanooga, Tennessee.
3. The Social Office has served as the Event Designer and/or Coordinator of Swan Ball for the following years: 2017, 2018, 2019 and 2024.
4. For each of these years, The Social Office was invited and engaged by the Swan Ball Chairmen to serve in this capacity. The role of The Social Office is/has been to assist the Swan Ball Chairmen in coordinating equipment and services required for planning and presenting the event as envisioned by the Swan Ball Chairmen.
5. The Social Office has reach year, collaborated with the Swan Ball Chairmen on the following items related to the Swan Ball:
    a. Timeline Development (including daily during production weeks)
    b. Budget Tracking
    c. Vendor Selection/Coordination
    d. Design Layout/Development
    e. Event Month/Day Timeline Development
    f. Swan Sale coordination
    g. Event Execution
    h. Post Event Wrap Up
6. Until the 2024 Swan Ball, The Social Office team members have only communicated with the Swan Ball Chairmen and Swan Ball committee members related to the services listed above.
7. As Cheekwood served as the venue (event space), The Social Office has coordinated with designated Cheekwood team members, as needed, during installation, production, and load-in.
8. The Social Office has never reported to or sought approval from any Cheekwood staff member or employee related to the items listed above (under number 5).
9. Until the 2024 Swan Ball, The Social Office did not interact with any Cheekwood staff member or employee regarding design, production, or associated costs for Swan Ball. In October 2023, I was called to a meeting with the CEO of Cheekwood who attempted to direct design-related items and associated costs for Swan Ball 2024; further, during this meeting, the CEO of Cheekwood made demands and requested assurances for the financial outcome of Swan Ball 2024. The agreement I signed for Swan Ball 2024 was with Swan Ball and signed personally by the Swan Ball Chairmen, not the CEO of Cheekwood or any officer, employee or staff member of Cheekwood.
10. The financial discussions and negotiations regarding the cost of my services and the scope of my work were with the Swan Ball chairmen, not with Cheekwood staff members or employees.
11. My invoices were always sent to Swan Ball Offices and never to Cheekwood, as I had no financial relationship with Cheekwood related to Swan Ball obligations; further, my contract(s) were with Swan Ball and signed by Swan Ball Chairmen.

I declare under penalty of perjury that the foregoing is true and correct.

Signed,

_[signature]_ (Signature)

don t. walker (Printed Name)

Executed on 8/20/24 (date).

# SWORN DECLARATION OF GAVIN DUKE

1. My name is Gavin Duke, and I give this declaration of my own free will and without outside influences.
2. At the request of and in collaboration with the Swan Ball chairmen, I was the Swan Ball Designer for Swan Ball 2014.
3. During my engagement/collaboration, with the Swan Ball chairmen in the year leading up to the Swan Ball and during the Swan Ball year (2013 and 2014) I only communicated with the Swan Ball chairmen, Swan Ball committee members, and/or the Swan Ball Coordinator relative to the concept creation, theme and production of the 2014 Swan Ball.
4. I did not report to or seek approval from any Cheekwood staff member or employee regarding the concept creation, theme and/or production of Swan Ball 2014.
5. As Cheekwood served as the venue (event space), the Swan Ball Coordinator and/or I coordinated with designated Cheekwood team members, as needed, during installation, production, and load-in.
6. My financial discussions regarding my fees for services provided were with the Swan Ball chairmen, not with Cheekwood staff members or employees.
7. My invoices were always sent to Swan Ball and never to Cheekwood, as I had no financial relationship with Cheekwood related to Swan Ball obligations.

I declare under penalty of perjury that the foregoing is true and correct.

Signed, _____ (Signature)

_____ (Printed Name) GAVIN DUKE

Executed on 8/15/24 (date).

## SWORN DECLARATION OF JENNY CORTS

1. My name is Jenny Corts, and I give this declaration of my own free will and without outside influences.
2. My business, Jenny Richter Events, is located in Nashville, Tennessee.
3. At the request of and in collaboration with the Swan Ball chairmen, I was the Swan Ball Coordinator for Swan Ball 2014.
4. During my engagement/collaboration, with the Swan Ball chairmen in the year leading up to the Swan Ball and during the Swan Ball year (2013 and 2014) I only communicated with the Swan Ball chairmen, Swan Ball committee members, and/or the Swan Ball Designer relative to the concept creation, theme and production of the 2014 Swan Ball.
5. I did not report to or seek approval from any Cheekwood staff member or employee regarding the concept creation, theme and/or production of Swan Ball 2014.
6. As Cheekwood served as the venue (event space), the Swan Ball Designer and/or I coordinated with designated Cheekwood team members, as needed, during installation, production, and load-in.
7. My financial discussions regarding my fees for services provided were with the Swan Ball chairmen, not with Cheekwood staff members or employees.
8. My invoices were always sent to Swan Ball and never to Cheekwood, as I had no financial relationship with Cheekwood related to Swan Ball obligations in 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Signed,

_____ (Signature)

___Jenny Richter Corts___ (Printed Name)

Executed on ___8/15/24___ (date).

## SWORN DECLARATION OF JIM BRADFIELD

1. My name is Jim Bradfield, and I give this declaration of my own free will and without outside influences.
2. I am the owner of Bradfield Stage Lighting in Nashville, Tennessee.
3. Over many years, including 2024, at the request of and in collaboration with the Swan Ball chairmen and/or their Event Designer, I have been involved in the lighting design and implementation for Swan Ball.
4. I have only communicated with the Swan Ball chairmen, Swan Ball committee members, and/or the Swan Ball Designer/Coordinator throughout the design process to bring their vision to fruition.
5. I did not report to, interact with, or seek approval from any Cheekwood staff member or employee regarding the Swan Ball lighting design/decor.
6. As Cheekwood served as the venue (event space) for Swan Ball, my team coordinated with designated Cheekwood team members, as needed, during the installation of the lighting features.
7. My financial discussions regarding the cost of the lighting design and installation were with the Swan Ball chairmen, not with Cheekwood staff members or employees.
8. My invoices were always sent to Swan Ball and never to Cheekwood, as I had no financial relationship with Cheekwood related to Swan Ball obligations.

I declare under penalty of perjury that the foregoing is true and correct.

Signed,

_Jim Bradfield_ (Signature)

_Jim BRADFIELD_ (Printed Name)

Executed on _8/19/2024_ (date).

## SWORN DECLARATION OF JIM KNESTRICK

1. My name is Jim Knestrick, and I give this declaration of my own free will.
2. I am the owner of Knestrick in Nashville, Tennessee.
3. In 2024, at the request of and in collaboration with the Swan Ball chairmen and their Event Designer, I agreed to lead the floral design and implementation for Swan Ball 2024.
4. I have only communicated with the Swan Ball chairmen, Swan Ball committee members, and/or the Swan Ball Designer/Coordinator throughout the design process to bring their vision to fruition.
5. I did not report to, interact with, or seek approval from any Cheekwood staff member or employee regarding the Swan Ball floral design/decor.
6. As Cheekwood served as the venue (event space) for Swan Ball, my team and/or The Event Designer, coordinated with designated Cheekwood team members, as needed, during the installation and removal of the florals.
7. My financial discussions regarding the cost of the floral design and installation were with the Swan Ball chairmen and the Swan Ball Event Designer, not with Cheekwood staff members or employees.
8. My invoices were always sent to Swan Ball and never to Cheekwood, as I had no financial relationship with Cheekwood related to Swan Ball obligations.

I declare under penalty of perjury that the foregoing is true and correct.

Signed,

*James A Knestrick* (Signature)

James A Knestrick (Printed Name)

Executed on ___8/15/2024___ (date).

# SWORN DECLARATION OF KRISTEN WINSTON

1. My name is Kristen Winston, and I give this declaration of my own free will and without outside influences.
2. I am the owner of Kristen Winston Catering in Nashville, Tennessee.
3. Since 2014, at the request of and in collaboration with the Swan Ball chairmen, excepting 2020 and 2021 (canceled due to COVID-19) I have been the exclusive caterer for Swan Ball.
4. I have only communicated with the Swan Ball chairmen, Swan Ball committee members, and/or the Swan Ball Designer/Coordinator in developing menus/food service unique to each Swan Ball.
5. I did not report to, interact with, or seek approval from any Cheekwood staff member or employee regarding the menu, food service, or associated costs for Swan Ball.
6. As Cheekwood served as the venue (event space) for Swan Ball, my team and/or the Swan Ball Designer/Coordinator coordinated with designated Cheekwood team members, if needed, during the installation of the temporary kitchen and deliveries associated with catering and food service.
7. My financial discussions regarding the cost for catering were with the Swan Ball chairmen and/or the Swan Ball Designer/Coordinator, not with Cheekwood staff members or employees.
8. My invoices were always sent to Swan Ball and never to Cheekwood, as I had no financial relationship with Cheekwood related to Swan Ball obligations; further, my contract(s) were with Swan Ball and signed by Swan Ball Chairmen.

I declare under penalty of perjury that the foregoing is true and correct.

Signed,

_____ (Signature)

__Kristen Winston_____ (Printed Name)

Executed on __8/16/24__ (date).

## SWORN DECLARATION OF MARK O'BRYAN

1. My name is Mark O'Bryan, and I give this declaration of my own free will and without outside influences.
2. I am the owner of The Tulip Tree in Nashville, Tennessee.
3. Over many years, at the request of and in collaboration with the Swan Ball chairmen, I have been involved in the floral design and implementation for Swan Ball.
4. I have only communicated with the Swan Ball chairmen, Swan Ball committee members, and/or the Swan Ball Designer/Coordinator throughout the design process to bring their vision to fruition.
5. I did not report to, interact with, or seek approval from any Cheekwood staff member or employee regarding the Swan Ball floral design/decor.
6. As Cheekwood served as the venue (event space) for Swan Ball, my team coordinated with designated Cheekwood team members, as needed, during the installation of the florals.
7. My financial discussions regarding the cost of the floral design and installation were with the Swan Ball chairmen, not with Cheekwood staff members or employees.
8. My invoices were always sent to Swan Ball and never to Cheekwood, as I had no financial relationship with Cheekwood related to Swan Ball obligations.

I declare under penalty of perjury that the foregoing is true and correct.

Signed,

_Mark O'Bryan_ (Signature)

_Mark O'Bryan_ (Printed Name)

Executed on _8-16-2024_ (date).

## SWORN DECLARATION OF MIKE HOLLAND

1. My name is Mike Holland, and I give this declaration of my own free will and without outside influences.
2. I am the owner of Chattanooga Tent in Chattanooga, Tennessee.
3. Chattanooga tent was engaged in 2016, 2017, 2018, and 2019 to provide the infrastructure, tent, flooring, and carpet for The Swan Ball in Nashville, Tennessee.
4. For each of these years, Chattanooga Tent was invited and engaged by The Swan Ball Co-Chairmen on behalf of Swan Ball.
5. During these years, I have only communicated with (and directed by) the Swan Ball chairmen, Swan Ball committee members, and/or the Swan Ball Designer/Coordinator throughout the project to bring their vision to fruition.
6. During these years I did not report to, or seek approval from any Cheekwood staff member or employee regarding the Swan Ball tent and its design.
7. As Cheekwood served as the venue (event space) for Swan Ball, my team coordinated with designated Cheekwood team members, as needed, during the installation of the infrastructure, tent, and flooring.
8. My financial discussions regarding the cost of this service during these years were with the Swan Ball chairmen, not with Cheekwood staff members or employees.
9. My invoices were always sent to Swan Ball and never to Cheekwood, as I had no financial relationship with Cheekwood related to Swan Ball obligations during these years. **All invoices were sent to Cheekwood care of the Swan Ball office staff.**

I declare under penalty of perjury that the foregoing is true and correct.

Signed,

_____ (Signature)

Michael A Holland _____ (Printed Name)

Executed on 8/16/2024 _____ (date).

## SWORN DECLARATION OF MIKE KING

- My name is Mike King, and I give this declaration of my own free will and without outside influences.

- For more than 50 years, I have been an employee of Corzine and Company in Nashville, Tennessee.

- Over many years, at the request of and in collaboration with the Swan Ball chairmen, I have been involved in designing the engraving die, paper color and weight, font style and color, and liner for the Swan Ball invitations. Further, on behalf of Swan Ball, I worked with stationers to provide pricing and to oversee the production to completion.

- I have only communicated with the Swan Ball chairmen or Swan Ball committee members regarding invitations.

- I did not report to, interact with, or seek approval from any Cheekwood staff member or employee regarding the Swan Ball Invitations.

- My financial discussions regarding the cost of the invitations were with the Swan Ball chairmen, not with Cheekwood staff members or employees.

- The Corzine invoices were always sent to Swan Ball and never to Cheekwood.

I declare under penalty of perjury that the foregoing is true and correct.

Signed,

_Michael R King_ (Signature)

MICHAEL R. KING (Printed Name)

Executed on 8/17/24 (date).

1

Authentisign ID: 167CCF74-9A59-EF11-991A-002248270DCE

## SWORN DECLARATION OF VAL COLE

1. My name is VAL COLE, and I give this declaration of my own free will and without outside influences.
2. I am the owner of Valerie Cole Calligraphy in Nashville, Tennessee.
3. I have had the honor of serving as calligrapher for the Swan Ball in Nashville for the past 25 years.
4. For the past 25 years I have been formally asked by the Swan Ball Chairmen to serve as the exclusive calligrapher for the Swan Ball; additionally, during some years, I was invited to serve on the Swan Ball Committee.
5. I only dealt with the Swan Ball Chairmen and their committee regarding all aspects of the calligraphy of the Swan Ball invitations including ink color, calligraphy style, correcting addresses, correcting spelling, and negotiation of the price of the calligraphy for the Swan Ball invitations.
6. My invoices for Swan Ball services were always sent to the Swan Ball office and/or the chairmen personally and never to Cheekwood concerning Swan Ball payments. In 2024, my check for payment came from Cheekwood; in 2023, my check for payment came from Swan Ball/Cheekwood. To the best of my knowledge, in previous years, I was paid by Swan Ball.

I declare under penalty of perjury that the foregoing is true and correct.

Signed,

*Valerie Cole* (Signature)

Valerie Cole (Printed Name)

Executed on 08/13/24 (date).

## SWORN DECLARATION OF CORZINE & COMPANY

1. My name is Samantha Richter, and I give this declaration of my own free will and without outside influences.
2. My family and I have been owners of Corzine & Company in Nashville, Tennessee for over 30 years.
3. Over many years, at the request of and in collaboration with the Swan Ball chairmen, the Swan Ball Committee has purchased favors for the Swan Ball, the Swan Ball Late Party, and the Swan Ball Patrons Party.
4. We have only communicated with the Swan Ball chairmen or Swan Ball committee members regarding these purchases.
5. We did not report to, interact with, or seek approval from any Cheekwood staff member or employee regarding these Swan Ball favors.
6. Our financial discussions regarding the cost of the favors were between the Swan Ball chairmen or the Swan Ball Committee and Corzine & Company, not with a Cheekwood staff member or employee.
7. The Corzine invoices were always sent to Swan Ball and never to Cheekwood.

I declare under penalty of perjury that the foregoing is true and correct.

Signed,

_____STRICHTER_____ (Signature)
Samantha D. RICHTER (Printed Name)

Executed on __9.5.24__ (date).