# CHAIRMEN FOR 2021

## Re: SB Chairmen 2021



**elizabeth l nichols**

Fri, Nov 15, 2019, 3:46 PM

to Jane

So GLAD to hear from you!
Honestly, when I didn't I was worried that you might have had a health issue or something as you are always so responsive.
Hope you are having a great fall and Happy Thanksgiving in advance!!!
Eliz

**From:** Jane MacLeod
**Date:** Friday, November 15, 2019 at 3:41 PM
**To:** Mary Catherine McClellan

**Subject:** RE: SB Chairmen 2021

Dear Elizabeth,

Thanks so much for sharing this great news. I only just learned from Mary Catherine that she'll be serving as Swan Ball co-chair along with Janette as my email address below had a typo. Sending this back so you can correct ▮▮▮ – I don't want to miss any exciting news!) All the best, with congrats to Mary Catherine and Janette! -- Jane

**Jane MacLeod**

President/CEO | Cheekwood

1200 Forrest Park Drive | Nashville TN 37205

www.cheekwood.org

---

**From:** Mary Catherine McClellan
**Sent:** Friday, November 15, 2019 2:07 PM
**To:** Jane MacLeod
**Subject:** Fwd: SB Chairmen 2021

Begin forwarded message:

**From:** Mary Catherine McClellan
**Subject: Re: SB Chairmen 2021**
**Date:** November 7, 2019 at 12:24:10 PM CST
**To:** elizabeth l nichols

thanks!

On Nov 7, 2019, at 9:20 AM, elizabeth l nichols wrote:

FYI....

**From:** elizabeth l nichols
**Date:** Thursday, November 7, 2019 at 9:18 AM
**To:**
**Cc:** "
**Subject:** SB Chairmen 2021

Jane –
Recently we announced our 2021 Swan Ball Chairmen to the former Ball Chairmen (Advisory Committee) and I wanted to share this news with you.
While we are all keenly focused on 2020 and have asked our Advisory Committee to keep this news 'under wraps', I knew you would be happy to know we have this in place. Mary Catherine McClellan and Janette Smith, two long standing SB volunteers and supporters of Cheekwood will be 'at the helm'. We are thrilled.
Hope you are doing well and enjoying this rainy day!
My best,
Elizabeth
Nominating Committee Chairman

## SWAN BALL CHAIRMEN 2022

-------- Forwarded message ---------
**From: elizabeth l nichols**
Date: Sun, Feb 7, 2021 at 1:46 PM
Subject: Fwd: Swan Ball Chairmen Announcement
To: Jane MacLeod

Dear Jane -
I hope you are enjoying a restful Sunday afternoon.
On Friday, the Swan Ball Nominating Committee announced our 2022 Chairmen to our former SB Chairmen.
I am forwarding that communication to you below.
The Nominating Committee continues to be very proud of the commitment and perseverance exhibited by our 2020 and 2021 SB chairmen during this unprecedented time.
Here's hoping for a great 'wrap-up' for 2021 and a fantastic 60th anniversary year for Swan Ball in 2022!!!
My best,
Elizabeth

---------- Forwarded message ---------
From: **Adelaide Thornton**
Date: Fri, Feb 5, 2021 at 10:33 AM
Subject: Swan Ball Chairmen Announcement
To: Adelaide Thornton

Dear Advisory Committee Members:

We believe you are aware that Swan Ball 2021 has been cancelled again this year due to the complications related to Covid19.

The Nominating Committee has been working to secure chairman for Swan Ball 2022, our 60th anniversary. We are pleased today to announce that Mary Catherine McClellan and Elizabeth McDonald will serve as our 2022 Chairmen.

As a reminder, the Swan Ball 2020 Chairmen, Anne Maradik and Jane Anne Pilkinton enjoyed a tremendous financial success; however, they were unable to celebrate their Ball. Last year, the nominating committee offered Anne and Jane Anne the opportunity to chair the Ball again; however, their schedules did not permit them to move forward.

Mary Catherine McClellan and Janette Smith are still hard at work to deliver a fun auction experience, and to provide a significant gift to Cheekwood for 2021, but, again....no Swan Ball. While Janette has other commitments that precluded her from being available to co-chair 'SB' 2022, Mary Catherine is able to move forward.

Please email, text or call with words of support to any or all of these committed volunteers...our Swan Angels! Hope you all have a great weekend.


Swan Ball Nominating Committee

# SWAN BALL 2023



**elizabeth l nichols**

Mar 7, 2022,
6:19 PM

to Jane, Elizabeth, Ashley, Adelaide

Jane -

Hope you are staying warm on this cold night!

I feel certain that you know Elizabeth Dingess and Ashley Rosen our 2023 Swan Ball Chairmen!

While it is premature for them to get actively involved with Cheekwood or our SB staff (given that all efforts are currently on SB 2022), I did think it would be good to connect you all by email.

Please can you share with us the programmatic plans for Cheekwood 2023 as related to grounds and museum exhibits?

I thought it might be interesting for them to consider the exhibits as they are thinking through their concept/vision for THE BALL. Look forward to seeing you soon.

My best,

Elizabeth

## 2024 SWAN BALL CHAIRMEN



**Jane MacLeod**

Fri, Mar 10, 2023, 8:34 AM

to me

Hi Elizabeth,

Thanks for keeping me informed. I will look forward to working with Sally and Carolyn. It's been great getting to know Elizabeth and Ashley, both of whom are wonderful!

Best - Jane



**Jane MacLeod**

President/CEO | Cheekwood

1200 Forrest Park Drive | Nashville TN 37205



www.cheekwood.org

  

  

On Mar 10, 2023, at 8:12 AM, elizabeth l nichols wrote:

Jane -
Please see email sent this morning to the SB Advisory Committee this morning...we feel they will be a very good team.
Enjoy your weekend.
Elizabeth

---------- Forwarded message ---------
From: **elizabeth l nichols**
Date: Fri, Mar 10, 2023 at 8:08 AM
Subject: Swan Ball 2024 Announcement
To: elizabeth l nichols

Dear Advisory Committee Members:

We are pleased today to announce the Swan Ball Chairmen for 2024, Sally Nesbitt and Carolyn Taylor, both of whom have been long standing Swan Ball volunteers and leaders in our

community. Please text, email, or call them to express your excitement and to offer your support (to the extent you can)!

Sally Nesbitt
Carolyn Taylor

Also, we want to applaud the great year that Elizabeth Dingess and Ashley Rosen are having as they plan for our 61st Swan Ball on June 3rd. Due to the overwhelming response to Swan Ball 2022 (which resulted in an oversold ball), please make sure to get your tables together early!

Hope everyone has a good weekend.

Swan Ball Nominating Committee

Elizabeth Nichols, Chairman
Elizabeth Akers
Kathleen Estes
Jody Hull
Peggy Kinnard
Amy Liz Riddick
Barby White

## 2025 SWAN BALL CHAIRMEN

---------- Forwarded message ---------
From: **Jane MacLeod**
Date: Wed, Mar 20, 2024 at 11:16 AM
Subject: Re: Swan Ball 2025 Chairmen
To: elizabeth l nichols

Hi Elizabeth,

Lovely ladies. I know them both. Melanie was my realtor when I first moved to Nashville! I'll reach out soon.

Best - Jane



Jane MacLeod

President/CEO | Cheekwood

1200 Forrest Park Drive | Nashville TN 37205

www.cheekwood.org



  

On Mar 19, 2024, at 8:48 PM, elizabeth l nichols wrote:

**CAUTION: External Sender. Please do not click on links or open attachments from senders you do not trust.**

Jane - Tonight I emailed our former SB Chairmen to announce the 2025 SB Chairmen. I thought I would share the email with you below. I hope you are enjoying our beautiful spring weather.
Elizabeth

Dear Advisory Committee Members:

We are pleased today to announce the Swan Ball Chairmen for 2025, Melanie Baker and Laura Niewold, both of whom have been long-standing Swan Ball volunteers and leaders in our community (having collectively been chairmen of The Ballet Ball, The Conservancy Party, The Symphony Ball, and Sunday in the Park). Both Melanie and Laura have 'chaired' the Swan Ball

Auction and they (with their husbands) are Swan Ball Patrons. Please text, email, or call them to express your excitement and to offer your support.

Melanie Baker
Laura Niewold

Also, we want to applaud the great year that Sally Nesbitt and Carolyn Taylor are having as they plan for our 62nd Swan Ball on June 1st - it is going to be a wonderful, fun, and upbeat evening!!!! Due to the positive momentum and overwhelming reservations for Swan Ball, please make sure to get your tables together early for our 2024 Swan Ball!

Have a great evening.

Swan Ball Nominating Committee