# EXHIBIT 1



# Tennessee
## Secretary of State
### Tre Hargett



**Click here** to learn how to create an account and submit filings on the new Charity and Business Filing System.

# Registered Charities Search

🏠 Home    ❓ How to use this search    🔍 Back to Searches

swan ball

CO Number

City

🔍 Search    ✕ Clear

| | CO Number | Name ↑ | Other Names Used | Status | City | State | Registration Date |
|---|---|---|---|---|---|---|---|
| Details | CO73 | CHEEKWOOD BOTANICAL GARDEN AND MUSEUM OF ART | CHEEKWOOD CHEEKWOOD ESTATE & GARDENS SWAN BALL | Active | NASHVILLE | TN | 3/31/1998 |

|◀ ◀ **1** ▶ ▶|    10 ▼    items per page    1 - 1 of 1 items



## Secretary of State Tre Hargett

Tre Hargett was elected by the Tennessee General Assembly to serve as Tennessee's 37th secretary of state in 2009 and re-elected in 2013, 2017, and 2021. Secretary Hargett is the chief executive officer of the Department of State with oversight of more than 300 employees. He also serves on 16 boards and commissions, on two of which he is the presiding member. The services and oversight found in the Secretary of State's office reach every department and agency in state government.



# About the Office

The Tennessee Secretary of State has oversight of the Department of State. The Secretary of State is one of three Constitutional Officers elected by the General Assembly, in joint session. The Secretary of State is elected to a four-year term. The constitution mandates that it is the secretary's duty to keep a register of the official acts and proceedings of the governor, and, when required, to "lay same, all papers, minutes and vouchers relative thereto, before the General Assembly."

## CUSTOMER SUPPORT

Contact Us

Library & Archives Visitor Information

## DEPARTMENT INFORMATION

About the Secretary of State's Office

Secretary of State Bio

Secretary of State Newsroom

Sign up for Email Updates

## DIVISIONS

Administrative Hearings

Business Services

Charitable Solicitations and Gaming

Elections

Human Resources

Library & Archives

Publications

Records Management

## LINKS

Tennessee General Assembly

Bureau of Ethics and Campaign Finance

Tennessee Code Unannotated

State Comptroller

State Treasurer

Title VI Information

Public Records Policy and Records Request Form



     

© 2021 Tennessee Secretary of State | Web and Social Media Policies