# EXHIBIT 2

# VENDOR CONTRACT CHART

| Examples equating Swan Ball with Cheekwood (red boxes added, highlighting in original) | Doc. No. 33-17 PageID #: |
|---|---|
| [Image: Signature block showing "CLIENT: Cheekwood" (red box), "Print Name of Client", "Mary Catherine McClellan", "Signature of Authorized Representative of Client" (highlighted), "Mary Catherine McClellan, 2022 Swan Ball Chairman", "Print Name and Title of Authorized Representative" (highlighted), "9.16.2021", "Date" (highlighted)] | 1271 |
| [Image: "EXHIBIT 1 — EVENT OVERVIEW", Client Name: Cheekwood (red box), Event Date: May 18, 2022, Event Location: (redacted)] | 1272 |
| [Image: Checkbox "Presenter has read and agrees to all Contract terms including but not limited to the General Contract Terms and Conditions, found below the signature box, and if referenced in this Contract, the Other Terms & Conditions and Riders, all of which are presented online with this Contract, and if this Contract is printed out, are associated with this Contract number." Red box around: "Mary Catherine McClellan / NASHVILLE, TN / Swan Ball / 122 Forrest Park Drive / NASHVILLE, TN 37205". Presenter Signature, signed "mary catherine mcclellan / swan ball chairman"] | 1276 |

| | |
|---|---|
| **Catering Contract**<br>Client Name: Swan Ball<br>Address: 1200 Forrest Park Drive<br>City, State, Zip: Nashville TN 37205 | 1278 |
| Signed: ▬▬▬ (ARTIST/COMPANY)<br>COMPANY:<br>Signed: *Mary Catherine McClellan* (PURCHASER)<br>PURCHASER: The Swan Ball, by Mary Catherine McClellan - Cheekwood Botanical Gardens & Fine Arts Museum<br>1200 Forrest Park Drive, Nashville, TN 37205<br>Send To: Mary Catherine McClellan - The Swan Ball - Cheekwood Botanical Gardens & Fine Arts Museum<br>1200 Forrest Park Drive, Nashville, TN 37205<br>Elizabeth McDonald - The Swan Ball - Cheekwood Botanical Gardens & Fine Arts Museum<br>1200 Forrest Park Drive, Nashville, TN 37205 | 1281 |
| **Agreement for Services**<br>Program Name: Swan Ball Virtual Event 2021<br>Program Number: ▬▬▬<br>Program Dates: Sunday, May 23, 2021<br># of Guests: ▬▬▬<br>Client Name: Swan Ball<br>Client: Mary Catherine McClellan<br>Title: Event Chair<br>Street Address: 1200 Forrest Park Drive<br>City State and Zip: Nashville, TN 37205<br>Telephone: ▬▬▬ | 1285 |
| Notices must be sent to the respective Parties at the followi other address for a party as shall be specified in a Notice giv section):<br><br>If to Client: Swan Ball Virtual Event 2021<br>Mary Catherine McClellan, Event Chair<br>1200 Forrest Park Drive<br>Nashville, TN 37205 | 1294 |

| | |
|---|---|
| 9184 Monarch Ct. • Brentwood<br>"Short Contract" for services an<br><br>**Client:** 2024 Swan Ball / Cheekwood Estate and Gardens<br>**Client Contract Representative:** Suzanne Boozer<br>**Site Address:** 1200 Forrest Park Drive, Nashville, TN 37205<br>**Phone:** ■ **Email:** ■<br>**Event:** ■ | 1309 |
| Client Signature: *Carolyn M* Date: 5.29.24<br>Cheekwood Estate and Gardens<br>Swan Ball Co-Chair | 1310 |
| Stream Services sales representative. The signed quote must be prov equipment can be authorized for delivery.<br><br>Customer: Cheekwood Botanical Gardens & Museum<br>Project Name: 2024 Swan Ball<br>Proposal Number: ■<br>Proposal Date: April 9, 2024<br><br>Purchase Order Number: _____<br>Signature: *Carolyn M*<br>Name (Printed): Carolyn Taylor<br>Date Signed: 4·16·24 | 1313 |

3

| | |
|---|---|
|  | 1317 |
| | 1331 |
| | 1342 |
| | 1344 |

| | |
|---|---|
|  | 1346 |
| | 1353 |
| | 1358 |
| | 1361 |

| | |
|---|---|
|  | 1366 |
| | 1372 |
| | 1373 |
| | 1374 |

| | 1384 |
|---|---|
| Customer: Cheekwood Botanical Gardens & Museum<br>Project Name: 2024 Swan Ball 6.1<br>Proposal Number: ~~████~~<br>Proposal Date: April 9, 2024<br>Purchase Order Number: _____<br>Signature: *Carolyn Taylor* (signed)<br>Name (Printed): Carolyn Taylor<br>Date Signed: 4·16·24<br><br>This section must be completed, and all certificates received, in order to proceed with this rental.<br><br>1. Are you tax exempt for this transaction? ✓ Yes __ No Pls Initial: ___<br>   If yes, attach certificate<br>2. Do you have property insurance that covers rented equipment? ✓ Yes __ No Pls Initial: ___<br>   If yes, attach certificate<br>3. Do you have liability insurance? ✓ Yes __ No Pls Initial: ___<br>   If yes, attach certificate<br><br>Property Policy _____  Liability Policy (if different) _____ | |
| ARTIST RIDER AND ADDENDA ATTACHED HERETO HEREBY MADE A PA[RT]<br><br>Agreement made 15 May 2018 between **MFAC ORIGINALS, INC.** (hereinafter referred to as "PRODUCER") f[or] (hereinafter referred to as "ARTIST") and **CHEEKWOOD SWAN BALL/Beth Alexander** (hereinafter referred t[o]<br><br>. . .<br><br>BOZ SCAGGS<br>CHEEKWOOD SWAN BALL<br>████<br><br>of 133 PageID #: | 1385 |