IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| SB INITIATIVE, INC., | ) |
| Plaintiff/Counter-Defendant, | ) CIVIL ACTION NO. 3:24-cv-00821 |
| v. | ) DISTRICT JUDGE ELI J. RICHARDSON |
| CHEEKWOOD BOTANICAL GARDEN AND MUSEUM OF ART, | ) MAGISTRATE JUDGE BARBARA D. HOLMES |
| Defendant/Counter-Plaintiff. | ) JURY DEMAND |

## DECLARATION OF DANIEL MILLER

I, Daniel Miller, declare as follows:

1. I am over the age of 21 and am fully competent to testify regarding the facts set forth in this declaration. I am familiar with the facts and circumstances of the above-captioned proceeding, and make these statements based upon personal knowledge.

2. I am the Chief Financial Officer of Cheekwood Botanical Garden and Museum of Art ("Cheekwood"). I have held this position since 2018. I am a certified public accountant.

3. As CFO, I am familiar with Cheekwood's record keeping processes and am a custodian who has access to the records of the company, as they are maintained in the regular course of business.

4. These facts stated below are true and correct to the best of my knowledge acquired in my capacity as the CFO of Cheekwood and from the records in Cheekwood's office, and I would testify to their accuracy in a court of law if called upon to do so.

5. True and correct copies of the following documents from Cheekwood's records are attached:

1

- A letter from Dorothy Earthman to Sigourney Cheek, then-Chair of Cheekwood's Board of Trustees, and John A. Cherol, then-President of Cheekwood, dated February 1993 (**Exhibit 1**).

- A letter from John A. Cherol, then-President of Cheekwood, to the Swan Ball advisory Board c/o Mrs. William F. Earthman (Dorothy Earthman), dated February 9, 1993 (**Exhibit 2**).

- A document titled "The Swan Ball of Cheekwood – Tennessee Botanical Gardens and Museum of Art, Policies and Procedures" (**Exhibit 3**) (previously attached as Exhibit 26 my declaration dated September 2, 2024). This document has a handwritten note in the top right corner. I understand that to be Ms. Earthman's handwriting and initials.

- A page from the minutes from February 16, 1993 meeting of Cheekwood's Board of Trustees (**Exhibit 4**). This document also has a handwritten note at the top. I understand that to be Ms. Earthman's handwriting and initials.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 8, 2024

_____
Daniel Miller, Chief Financial Officer
Cheekwood Botanical Garden and Museum of Art

# EXHIBIT 1

2 p.m. Wed., Feb 3, 1993

Dear Sigourney and John,

The Swan Ball Long Range Planning Committee has just met to discuss John's letter of Feb. 3, 1993 and the proposed changes to the May 1993 Swan Ball Long-Range Plan and the Jan. 18, 1993 copy of Cheekwood's proposed policies and procedures for the Swan Ball.

We suggest the enclosed changes be made to each document. We believe these changes address your concerns. We request that each of you, Sigourney and John, give us your written approval of both documents as they now read. We must recieve this approval before Mon., Feb. 8. The Swan Ball Long Range Planning Committee will then be prepared to give our endorsement to both documents, as well as our strong recommendation for approval by The Swan Ball Advisory Committee at the meeting to be held on Feb. 9. The timing on this is crucial if we are to be able to formally approve these documents in the near future as you request and for us to be able to select a chairman for the 1994 Swan Ball.

We appreciate your prompt response. Thank you.

Sincerely,
Dorothy Zeithman

# EXHIBIT 2



February 9, 1993

Swan Ball Advisory Board
c/o Mrs. William F. Earthman, Jr.
REDACTED

Dear Committee Members:

Having reviewed the February 5 <u>revised version</u> of the Long Range Plan and Cheekwood's Policy of Procedure for the Swan Ball, I'm happy to endorse it with the understanding it will be presented to the Cheekwood Board of Trustees for their approval at their next meeting on February 16, 1993.

Many, many thanks for your cooperation and on-going support.

Sincerely yours,

John A. Cherol
President

JAC:fas

# EXHIBIT 3

app. 2/9/93
4th version
P+P
DBZ

# THE SWAN BALL
## OF
## CHEEKWOOD - TENNESSEE BOTANICAL GARDENS AND MUSEUM OF ART
### POLICIES AND PROCEDURES

Cheekwood recognizes the existence and contributions of the Swan Ball as an unincorporated fund raising agent of Cheekwood. All activities of this committee revolve around producing the Swan Ball charity event during June of each year.

In accordance with the overall policies of Cheekwood and to maintain the highest professional standards of the institution, members of the Swan Ball, as designated agents of Cheekwood, agree to the following policies and procedures:

1. While involved in fund raising or other activities, the Swan Ball will meet and maintain Cheekwood's highest standards of professionalism and ethics of operation.

2. The Swan Ball Long Range Plan proposes that a percentage of the proceeds from the 1994 Ball be put into endowment and that the percentage increase in subsequent years as determined by the Cheekwood Board.

3. All official records of the Swan Ball, including but not limited to minutes, financial and budget reports, contracts, and other documents will be maintained in the Swan Ball office at Cheekwood. The Vice President of Finance of Cheekwood will meet quarterly with the Swan Ball Treasurer and Secretary for a financial review.

4. Fund raising, public relations and/or advertising efforts will

be coordinated with Cheekwood's Development and Public Relations Department.

5. The President of Cheekwood and his staff representatives will meet regularly with the Swan Ball Chairmen. The Swan Ball will review its annual plan with the President of Cheekwood as it is available. This plan should include brief descriptions of the following components:

    a. summary of the event, including goals, key personnel, and timetable
    b. anticipated revenue, outlining all sources and expenses within a budget format
    c. fund raising plan
    d. marketing plan
    e. contractual arrangements with vendors or subcontractors
    f. schedule for paid staff assistance
    g. calendar, including all key dates, milestones and specific periods of anticipated effect on routine Cheekwood activities, exhibitions and programs
    h. time line of major milestones for set-up, arrival of materials, and clean-up

6. All funds not maintained to cover specific expenses will be released to the Cheekwood general fund on a timely basis following the Ball.

The purpose of these policies and procedures is to preserve open communications between Cheekwood's administration/governing board and the Swan Ball organizers as well as to provide appropriate fiscal management and financial information which meets the highest standards of the museum profession.

# EXHIBIT 4

> Sy— Please note — no mention of SB Long Range Plan or Policies + Procedures in minutes — However, I do recall Sigourney mentioning that SB P+P had been approved in the [meeting?] [something] an announcement —
> DBE

## AGENDA ITEMS

With the Chairman, Mrs. Sigourney Cheek, presiding, the meeting was called to order at 9:10 A.M. Mrs. Cheek welcomed all Board members, and named those who are new to the Board: Mrs. Gertrude Caldwell, Mrs. Jane Entrekin, Mrs. Cathy Jackson, Mr. Paul Myers, Exchange Club representative Mrs. Shirley Zeitlan, Friends of Cheekwood representative Clare Loventhal, Horticultural Society representative Mrs. Jeanne Miller, Swan Ball representative Mrs. Dorothy Earthman and Mr. Paul Davidson.

Minutes of the October 22, 1992 Board meeting were approved as written.



REDACTED