# EXHIBIT 1

| From: | Elizabeth Nichols <​███████████​> |
|---|---|
| Sent: | Monday, June 19, 2017 5:51 PM |
| To: | Beth Murdock; Julia Jarman; Caroline Mazey |
| Subject: | Re: Meeting with Dori |
| | |
| Follow Up Flag: | For Your Information |
| Flag Status: | Flagged |

OK great…why don't we start with that!
eliz

---

**From:** Beth Murdock <​███████​@cheekwood.org>
**Date:** Monday, June 19, 2017 at 4:40 PM
**To:** Elizabeth Nichols <​███████████​>, Julia Jarman <​███████████​>, Caroline Mazey <​██████​@cheekwood.org>
**Subject:** RE: Meeting with Dori

Elizabeth –
My understanding from our previous meeting was to discuss with you all and Dori what worked well and what needs addressing for the coming year as it relates to Swan Ball logistics with Cheekwood as we heard a lot about the communication issues from this year. We also discussed the possibility of having some kind of a manual going forward that could be passed down from year to year for the incoming Chairs. Those were some of my thoughts on what we can do going forward to improve the interfacing between designers, project managers, chairs, etc. I am happy to participate in whatever way works best for you all.

Beth



**Beth Murdock**
Chief Operating Officer | Cheekwood
1200 Forrest Park Drive | Nashville TN 37205

t: ███████████
www.cheekwood.org





**From:** Elizabeth Nichols [██████████████████]
**Sent:** Monday, June 19, 2017 4:31 PM
**To:** Beth Murdock <██████@cheekwood.org>; Julia Jarman <██████████████>; Caroline Mazey <██████@cheekwood.org>
**Subject:** Re: Meeting with Dori

After reviewing this I am a bit concerned that our objectives for this meeting might be different.
As Dori may not be a candidate to work on SB in the future (I have no idea if she is interested), I am not sure it is productive for us to go over matters of protocol. (Unless you merely want her thoughts on that from a big picture perspective).
==Our hope was to have a review session of the production related to the Ball (which includes topics around budgeting, interface between designers, project managers and chairmen, standardization, vendors, etc.). And we really want to drill down to the question of whether she might be a candidate to work on SB in the future.==
We have set this meeting before our first mini committee meeting with our 2018 SB Chairman as we would like to know her level of interest; our first meeting is tomorrow afternoon at 4:30.
Do you feel it would be best to have this meeting broken down in two meetings OR should we merely start with your agenda and then we will continue on after you have left with more granular discussion around the ball????
Elizabeth


**From:** Beth Murdock <██████@cheekwood.org>
**Date:** Monday, June 19, 2017 at 3:51 PM
**To:** Elizabeth Nichols <██████████████>, Julia Jarman <██████████████>, Caroline Mazey <██████@cheekwood.org>
**Subject:** RE: Meeting with Dori

Hi Ladies –
I put together an outline (attached) from our previous discussion of broad topics we may want to cover in our meeting tomorrow. Topics are the same for all 3 events (assuming Patron party is at Cheekwood again next year). Let me know if you have any questions or need anything else – otherwise I will see you all at 1:30 tomorrow at Elizabeth's.

Thanks.



**Beth Murdock**
Chief Operating Officer | Cheekwood
1200 Forrest Park Drive | Nashville TN 37205

t: ██████████
www.cheekwood.org

**From:** Elizabeth Nichols [                              ]
**Sent:** Monday, June 19, 2017 1:16 PM
**To:** Beth Murdock <​            @cheekwood.org>; Julia Jarman <​                  ​>; Caroline Mazey <​        @cheekwood.org>
**Subject:** Re: Meeting with Dori

Ladies –
Look forward to seeing everyone tomorrow at 1:30. As we have our first mini committee meeting with the 2018 Chairmen at my house later in the afternoon, I would request that you all come to me for the meeting tomorrow –               .
Please let me know if this is a problem.

Beth –
Will you provide agenda items that you wanted to discuss relative to Cheekwood please and Dori, while I know you are meeting at our request, I would love to have an idea if there are any specific items you would like to/feel we should discuss. Caroline, please also let me know what you think we must cover.

I will be working on thoughts from the SB Exec side with Julia.

Thanks…elizabeth

---

**From:** Beth Murdock <​          @cheekwood.org>
**Date:** Friday, June 9, 2017 at 11:48 AM
**To:** Elizabeth Nichols <​                    ​>, Julia Jarman <​                  ​>, Caroline Mazey <​        @cheekwood.org>
**Subject:** RE: Meeting with Dori

Great – 1:30 on 6/20 it is! I am happy to book space at Cheekwood but if you prefer to go off campus – that works for me as well. Just let me know your preference and I will let Dori know.
Thanks all.



**Beth Murdock**
Chief Operating Officer | Cheekwood
1200 Forrest Park Drive | Nashville TN 37205

t:
www.cheekwood.org

**From:** Elizabeth Nichols [████████████████████]
**Sent:** Thursday, June 08, 2017 3:23 PM
**To:** Julia Jarman <████████████>; Caroline Mazey <████@cheekwood.org>
**Cc:** Beth Murdock <██████@cheekwood.org>
**Subject:** Re: Meeting with Dori

Let's please do the 20th. Can we say 1:30? And should we hold the meeting 'off campus'?

---

**From:** Julia Jarman <████████████>
**Date:** Thursday, June 8, 2017 at 1:55 PM
**To:** Caroline Mazey <████@cheekwood.org>
**Cc:** Beth Murdock <██████@cheekwood.org>, Elizabeth Nichols <████████████>
**Subject:** Re: Meeting with Dori

Am free both of those days! Thanks! Julia

Sent from my iPhone

On Jun 8, 2017, at 10:24 AM, Caroline Mazey <████@cheekwood.org> wrote:

> Hi Beth,
>
> Hope you are having a nice week!
>
> I am free all of those dates as well, so I'll let Mrs. Nichols and Mrs. Jarman pick a date and time. Looking forward to this meeting.
>
> Best,
> Caroline
>
> **Caroline Mazey**
> Swan Ball Coordinator | Cheekwood
> 1200 Forrest Park Drive | Nashville TN 37205
>
> m: ████████████ | t: ████████████
> www.cheekwood.org

**From:** Beth Murdock [@cheekwood.org]
**Sent:** Thursday, June 8, 2017 9:25 AM
**To:** Elizabeth Nichols < >; 'Julia Jarman ( )' < >; Caroline Mazey < @cheekwood.org>
**Subject:** Meeting with Dori

Good morning!
As follow up to the Swan Ball Executive Committee meeting earlier this week, I have been in touch with Dori to schedule a wrap up meeting with her. She will be in town the week of June 19th, and is available anytime in the afternoon on Tuesday, June 20, all day Wednesday and all day Thursday. My schedule is flexible that week as well so if you could let me know days/times that work best for you I will coordinate with Dori and get space reserved. Also, if there are others you would like to include, please do so.

Thanks.

Beth



**Beth Murdock**
Chief Operating Officer | Cheekwood
1200 Forrest Park Drive | Nashville TN 37205

t:
www.cheekwood.org