# EXHIBIT 2

| From: | Dori Thornton Waller <​​> |
|---|---|
| Sent: | Monday, April 2, 2018 10:41 PM |
| To: | Beth Murdock |
| Cc: | The Social Office Events |
| Subject: | RE: Cheekwood responsibilities for SB |

Hi Beth!

This looks terrific! Thank you so much for attending our painful production meetings, so grateful to you for your help!

I have reviewed and am good with this, but I have asked Deidre to look through as well and let us know if she sees anything I don't.

Thank you Beth!
dori

---

**From:** Beth Murdock [@cheekwood.org]
**Sent:** Friday, March 30, 2018 11:07 AM
**To:** Dori Thornton Waller <​​>
**Subject:** Cheekwood responsibilities for SB

Hi Dori –
Great to see you yesterday – can't believe the ball is just 2 months away!

I took the liberty of using your timeline to cut and paste into a new document for Cheekwood staff to know what needs to be moved when, security needs, etc. Could you please review – or forward to Deirdre to review and let me know if anything is incorrect or if I missed anything. I did not include all of Tom and Luis's duties as I know you are dealing with them directly – just those that they have to coordinate with other departments.

Thanks so much!

Beth



**Beth Murdock**
Chief Operating Officer | Cheekwood
1200 Forrest Park Drive | Nashville TN 37205
t:
www.cheekwood.org



