# EXHIBIT 3

| **From:** | Dori Thornton Waller <██████████> |
|---|---|
| **Sent:** | Friday, June 1, 2018 2:58 PM |
| **To:** | Beth Murdock; Patti Smallwood; Beth Alexander |
| **Subject:** | RE: The Ball! |
| | |
| **Follow Up Flag:** | For Your Information |
| **Flag Status:** | Flagged |

Beth,

You have been AMAZING! Such a level-headed, problem solver! So grateful to you!

Best,
dori

**From:** Beth Murdock [██████████@cheekwood.org]
**Sent:** Friday, June 1, 2018 2:02 PM
**To:** Patti Smallwood <██████████████████>; Beth Alexander <██████████████████████>
**Cc:** Dori Thornton Waller <██████████████>
**Subject:** The Ball!

Ladies –
Congratulations (in advance) on what I am sure will be a highly successful Swan Ball tomorrow night – everything appears to be coming together beautifully. It has been a pleasure working with you and your very talented teams ~~

Have a ball!

Beth



**Beth Murdock**
Chief Operating Officer | Cheekwood
1200 Forrest Park Drive | Nashville TN 37205
t: ██████████
www.cheekwood.org



