# EXHIBIT 4

| From: | DEIDRE SAYKO <​███████████████​> |
|---|---|
| Sent: | Wednesday, March 6, 2024 10:52 AM |
| To: | Beth Murdock |
| Cc: | Dori Thornton Waller; The Social Office Events |
| Subject: | Recap of 3/4/24 Zoom meeting |

**CAUTION: External Sender. Please do not click on links or open attachments from senders you do not trust.**

**Beth,**

**Thanks again for your time on Monday! Below is a recap of what we discussed with update notes in red.**

**Thanks,
Deidre**

**Beth Action Items:**

- **See if Library can be used for NFocus shoot but would need to move furniture in center of the room to avoid being by the window. This is the MOST desired location** 🟠 ･･ ☋
- **Speak to Peter about March 13 meeting with United**
- **Meet with Deidre on March 13th and go through Swan Ball storage**
- **Ask Cafe if they would be willing to provide lunch one day as a Donation to the crew during install. Approx. 30 people**
- **Send Cheekwood's schedule-*COMPLETE***
- **Ask PMC for discount**
- **Review Quest discount and inquire if further discount desired**

**TSO Action Items:**

- **Double check that CTC is building all stairs and ramps for tents- *COMPLETE, They are***
- **Have PBS order to Beth by March 18-*update, we have to have all underwriting confirmed by 3/14 for Auction Brochure printing, so we will have this to you this week for Jane to make ask. It might be a little fluid, but should be good enough to ask for discount. Last year FYI they were in the* ███████ *level***
- **Get dumpster schedule together so Cheekwood can coordinate with Republic**
- **Order Blinkerlite Porta Potty for load in start. It can be pulled as soon as the restroom trailer is installed**
- **Secure trash cans or bins for Knestrick**
- **Send PMC bill to Beth**
- **Schedule remaining Production Meetings- COMPLETE April 3 2:15 & May 9, 11 AM Bradford Room in FLC**
- **Get list to Peter for Luis to build**

**General Notes:**

- **Cleaning service will be secured through Cheekwood**
- **Luis not required to build anything this year**
- **No third floor access to restrooms- TSO and Cheekwood staff can use but keep roped off or a security guard will need to be stationed there**
- **The morning room will be used for press**
- **The Tennessean will use Wisteria Arbor for photos, Gift shop foyer if raining**
- **Knestrick will load floral waste into cans or bins and Cheekwood will take to their slash dump**