# EXHIBIT 5

| | |
|---|---|
| **From:** | Beth Murdock <▓▓▓▓@cheekwood.org> |
| **Sent:** | Wednesday, June 21, 2023 11:51 AM |
| **To:** | Marte Christian; Jessica Ware |
| **Cc:** | Dana Windrow |
| **Subject:** | RE: Many Thanks! SB 23 |

Thanks Marte – we love working with you all as well and hope to do so again in the near future. We will surely miss the P&W crew next year at Swan Ball and are so happy with the success of this year's ball – congratulations to all of you!!!



**BethMurdock**
Chief Operating Officer|Cheekwood
1200 Forrest Park Drive | Nashville TN 37205
t: ▓▓▓▓▓▓▓▓ |m: ▓▓▓▓▓▓▓▓
www.cheekwood.org





**From:** Marte Christian <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>
**Sent:** Wednesday, June 21, 2023 8:31 AM
**To:** Beth Murdock <▓▓▓▓@cheekwood.org>; Jessica Ware <▓▓▓▓@cheekwood.org>
**Cc:** Dana Windrow <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>
**Subject:** Many Thanks! SB 23

Beth and Jessica,

Good morning. We wanted to share with you the Many Thanks page in the SB 2023 program. You both were so wonderful to work with and so crucial in making this year run so smoothly. You deserve many thanks and much more.

We love y'all!



## Marte Kerrigan Christian
P: █████████
█████████████

