# EXHIBIT 6

| | |
|---|---|
| **From:** | Dana Windrow <█████████████> |
| **Sent:** | Wednesday, April 27, 2022 10:04 AM |
| **To:** | Kelsey Schimmelman; Gary Musick; Mary Catherine McClellan; Elizabeth McDonald |
| **Cc:** | Libby Page and Windrow; Marte Christian; Alex Vaughan; Josh Butler; Adelaide Thornton; Mindi Steiner; Danielle Bernhisel; Nicole Whitten; Paul Grebel; Rhonda George; █████████████; mensur_r; Carol Hodge; Joe Hodge; Beth Murdock; Jessica Ware; Ed Morales; Greg Woodruff; Bradley Whitfield; alfredo Garcia |
| **Subject:** | 4.27.22 Zoom link - 2022 Weekly Swan Ball Production recap |

Good morning all,

Thank you for everyone who came to see the scale of the tent onsite on Monday. We so appreciate your time and wisdom with how the bigger pieces of load in overlap.

**Agenda for todays meeting**

<u>Please be prepared for a google share file coming your way.</u> It has all packets we would like to discuss today
- Updated rendering (Bravo Gary!)
- Updated layouts
- 1 update without projections path for a cleared view of tables
- 1 with the projection paths
- 1 from Chattanooga tent that is going to Fire Marshall approval (thanks guys!)
- **Overall concept packet for discussion**
- Last weeks notes from our meeting for any outstanding items

<u>We will be focussing on the Overall concept packet today!</u>
I will be referencing this packet and we are going to go room by room to discuss each space, its itemized vendor progress and clarify ANYTHING for the team. Please speak up, especially for the things highlighted in red on the packet! We realized that everyone so far has been assuming that the whole group understands all the updates from our "side bar" conversations. This is not the case and we want to make sure all items are confirmed design wise with all, before proceeding. So there are no silly questions. Lets be specific with every pieces that each vendor is touching to make sure we are all on the same page.

To keep things moving, if we get to far down in the weeds on followup questions regarding specific production, we can write our notes for a follow up meeting. This especially goes with the tech side of things - Light, projection etc. I would like y'all to think on your specific production questions, for us to sit down later and go through the function. I just want to include you and get you up to speed on the overall design / concept pieces to then discuss implementation separately next week.

This is going to take time today, so we appreciate your patience. I truly believe this will be the lift off point for finalizing everyones tasks, to give everyone comfort.

See below for the recurring Zoom link. Feel free to add any team members i have missed / you feel will be helpful. See you all at 11am.

Thanks,

Dana

Dana Windrow is inviting you to a scheduled Zoom meeting.

Topic: P&W - 2022 Swan Ball - weekly production recap meeting
Time: This is a recurring meeting Meet anytime

Join Zoom Meeting

Meeting ID:
One tap mobile

Dial by your location

Meeting ID:
Find your local number:

*Dana Windrow*
P:



**Please Note: Tuesday's and thursday's I am out of the office, working remotely.**
**I will respond to your correspondence the following business day. If the matter is urgent, please call my cell at the number above.**

| | |
|---|---|
| **From:** | Dana Windrow <​███​> |
| **Sent:** | Wednesday, May 11, 2022 9:44 AM |
| **To:** | Kelsey Schimmelman; Gary Musick; Mary Catherine McClellan; Elizabeth McDonald; Libby Page and Windrow; Marte Christian; Alex Vaughan; Josh Butler; Adelaide Thornton; Mindi Steiner; Danielle Bernhisel; Nicole Whitten; Paul Grebel; Rhonda George; ███; mensur_r; Carol Hodge; Joe Hodge; Beth Murdock; Jessica Ware; Ed Morales; Greg Woodruff; Bradley Whitfield; alfredo Garcia; Jim Bradfield |
| **Subject:** | 5.11.22 Zoom link - 2022 Weekly Swan Ball Production recap |
| **Attachments:** | Dinner Tent.Side Walls.5.new art.docx; PastedGraphic-1.tiff |

Good Morning All!

It is officially here. The first day of the 2022 Swan Ball build. We know we are in great hands with Chattanooga Tent and Nixon working onsite with the staples of the build for the rest of this week!

Here is our agenda and the link for our Weekly production Zoom meeting this morning at 11am CT. The link to todays meeting is at the bottom of this email.

I appreciate everyones patience to get me up to speed in order to have our plans solidified by the end of the week. I am on the mend slowly and going through all my emails from last week, but welcome the recap today so i don't miss anything. Please review below to come as prepared as possible to todays meeting. So we can leave with the answers to below today, for me to implement this week.

Best,

Dana


**Guest counts and changes to layout**

1. Layouts
- Follow up with group re: Chairs choice. Layout #3 or #5 (from last nights email to them)
- Chairs please come prepared to the meeting with your choice based on your discussion with invitations yesterday - Call me before the meeting if we need to discuss. I would like to just share with the group the chosen option, to move forward swiftly with this change.

2. What this change means
- How many tables
- Florals
- Stands
- Linen choices
- Plateware
- Catering / service

- VIP tent

**Design choices**

1. Wall Art Panels
- number of panels
- groupings
- colors
- Chairs please review and update the word document sent from Carol originally (reattached below) and have ready for our 11am CT meeting today to show your choices

2. Crystal Chandeliers
- Discuss Carols financing and placement
- Do we need that many?
- Gary to update layouts with choices to solidify
- Double Check with Bradfield this new plan

3. Painted aisle
- Kelsey can you please update me on the pattern chosen for the Aisle and sent to Phillip
- Double check measurements of aisle from DW layout with Gary!
- Need pictures from Phillip

4. VIP Tent
- What is the plan?

5. Hydrangea girl
- Model solidified
- Progress to date

6. Rose Chandeliers
- Progress
- Sketch
- Weight
- Jessica - do the motors work - follow up question from previous meeting

7. Projection pattern loop chosen?

8. Votives
- Please confirm we are not bringing any light directly on the table top.

9. Wisteria Chandeliers
- From Picture sent of anchor, can this be more subtle?

**General choices**

1. Catering
- Changes to plate based on guest count

- Specialty drink recipe for my meeting tomorrow with K.Winston - Kesley
- VIP bar tent
- Are we doing Champagne on the Wisteria Arbor

2. Timing of Friday night rehearsal
- Chairs?
- After 5:00pm is requested by Cheek wood

3. Cocktail Napkins
- What was decided?
- Was this paid?

4. Favor for the Ball
- Picture of them, Size, how many
- Set up for them where?

5. Napkin fold picture
- Need to be sent from MC for P&W staff prep

6. Load in
- Day of the Ball - 1 page document form each vendor who will be onsite for set ups!
- Dana needs everyones load in plan, if they are to be there that day
- How many Workers
- How many trucks
- How many vehicles
- Arrival time
- Leaving time
- Evening of the Ball - 1 page document from each vendor onsite for the evening
- How many workers
- How many vehicles onsite
- Arrival time
- Leaving time

**GMP follow up with DW**
- Layouts updates from choices
- Budget holes to integrate


**Follow up meetings for the week.**
- 5.12.22 / 9:30am - Security meeting onsite (private and cheekwood)
- 5.12.22 / 10:30am - Catering meeting onsite (layouts, updates, flow, structure, timing, sig drink recipe, VIP bar choices etc.)
- 5.12.22 / 12:00pm - P&W marking of spacings for load ins and spot check onsite
- 5.13.22 / 10:00am - SB Tech Zoom (bradfield, sound, AV, projections - Entire GMP team in tech production) - Can make it onsite?
- 5.13.22 / TBD - Band tech mtg (GMP, Simply Irresistable, DW)
Does anyone else want an onsite meeting this week?

Dana Windrow is inviting you to a scheduled Zoom meeting.

Topic: P&W - 2022 Swan Ball - weekly production recap meeting
Time: This is a recurring meeting Meet anytime

Join Zoom Meeting
[redacted]

Meeting ID: [redacted]
One tap mobile
[redacted]

Dial by your location


Meeting ID: [redacted]
Find your local number: [redacted]

*Dana Windrow*
P: 
[redacted]

**Please Note: Tuesday's and thursday's I am out of the office, working remotely.
I will respond to your correspondence the following business day. If the matter is urgent, please call my cell at the number above.**