The Social Office (TSO) was contracted by the Swan Ball Chairwomen in 2017, 2018, 2019, and 2024 to design, plan, and manage all details of Swan Ball. A copy of the 2024 contract is included that details all responsibilities agreed to by The Social Office. In 2017, 2018, and 2019 The Social Office communicated nearly exclusively with the Swan Ball Chairs and Swan Ball Office Staff. The Social Office did communicate with Cheekwood staff on a limited basis in their role as the venue owner and venue manager. Things like load in times, other events on property, water lines, property regulations etc. were all topics of conversation with Cheekwood. The Social Office organized and ran 3 Production Meetings that included most vendors (40+ attendees). Cheekwood was an attendee, as was requested by Cheekwood in their venue management role.

Much planning and detail went into each Swan Ball. For example, in 2024 over the course of the planning and design process, The Social Office lead approximately 38 formal Swan Ball meetings, including the 3 aforementioned Production Meetings. Of those and at the request of The Social Office, Cheekwood attended said 3 Production Meetings in their role as venue manager and approximately 3 other separate meetings, but for the other 30+ meetings, no person representing Cheekwood was present. Persons associated with Cheekwood were on the Swan Ball committee, but were not in attendance representing Cheekwood.

The Social Office created a detailed Sequence of Events, included for 2024, which was discussed at Production Meetings and emailed by The Social Office and its contractors to all vendors ensuring all were clear on their responsibilities and roles in the Production.

The Social Office Production Manager, Deidre Sayko, oversaw all load in and dismantle. During this time in 2024, Cheekwood representatives were involved in the following capacities:

Peter Grimaldi, Cheekwood Grounds Manager, advised us about property restrictions and mechanical details such as irrigation lines. He also arranged for dumpsters and housekeeping for the event tent. Luis Gonzales at Cheekwood constructed archways for the event tent as directed by The Social Office. The Swan Ball was billed by Cheekwood for these services of their employees. The Cheekwood security team also helped with overnight tent security, event security and dock management working closely with The Social Office and an outside vendor. Beth Murdock organized the ambulance to be on site in case of emergencies.

Supplemental information provided is daily documentation of what occurred on site as overseen by Deidre Sayko, the production manager for The Social Office.

All if the foregoing is given to the best of my knowledge, signed under penalty of perjury September 10, 2024.

September 10, 2024

**SWAN BALL 2024**
Saturday, June 1, 2024
Sequence of Events
6:30 PM - 2:00 AM
Invite Time: 7:00 PM
In Place Time: 6:30 PM
Cheekwood Botanical Garden
1200 Forrest Park Drive
Nashville, Tennessee 37205
==TBD== guests/30 press

**TBD MAY 2024**

==TBD==   CHEEKWOOD
- Move jewelry cabinets where touch ups can be done on them. Let Sally and Carolyn know when in place

     CHATTANOOGA TENT
     *Contact: Mike* ███████████
- Cocktail Tent & Main Tent installed for Cheekwood Society Dinner and May 12 Wedding
- Pre stage equipment in Lower Lot D for remaining build out

**SATURDAY, MAY 11, 2024**

*CHEEKWOOD WEDDING IN SWAN BALL TENT*

**SUNDAY, MAY 12, 2024**

*WEDDING LOAD OUT*

**MONDAY, MAY 13, 2024- SWAN BALL LOAD IN BEGINS**

*VENDORS: Please place contact sheet in window of all vehicles on site.*

*Once trucks are unloaded please move them to Lot D or Cheek Road outside of guard gate.*

*Personal vehicles park outside on Cheek Road outside of guard gate.*

*NOTE: Nothing can be hung on the main tent beam closest to the stage UNTIL the stage tent beams are raised*

*CHEEKWOOD - CLOSED TO PUBLIC*

9:00 AM   BRADFIELD
     *Contact: Jim* ███████ (███████

- 1 Truck, 10 People, 5 Personal Vehicles
- Multiple Trips from Shop to Cheekwood
- Start Rigging Point Placement- Focus on Center Spine Truss
- Hang Spine Motors
- 7 PM Finish

**PLEASE BE SEATED**
*Contact: Summer* ███████ ████████
- ██████



**TSO**
*Contact:Deidre* ██████ ███████
- Contact Nicole Mitchell (████████████ at Ajax Turner about beer delivery timing
- Sets up water cooler & extra water refill bottles
- Sets out gatorade packets
- Distributes custom water bottles-Name stickers placed on them

10:00 AM **CHATTANOOGA TENT**
*Contact: Mike* ██████ ████████████, *Mensur Ramic* ████████
- Start building Flooring for Catering Tent
- Install Tent wall screen to block view from Loggia
- ████████████████████████████

12:00 PM **UNITED RENTALS**
*Contact:Ryan* ██████ ████████
- Air handlers delivered and placed on platforms and lawn
- Duradeck placed to drive handlers across lawn and for units to sit on

4:30 PM **KNESTRICK**
*Contact: Jim K*████████████████
- Provides list and photos of floral/decor items that will be going in the Swan Sale

**NFOCUS**
*Contact: Janet* █████ *Editor-in-Chief* ██████████
- Photo shoot with Sally, Carolyn, Ketch
- Will change in Jane's Office

**TUESDAY, MAY 14, 2024**

7:00 AM     UNITED RENTALS
            *Contact:Ryan* ███████████████
              ● Continues installing handlers
              ● Lays path for Posh Privy

            CHATTANOOGA TENT
            *Contact: Mike* ██████████████████, *Mensur* ████████████
              ● Finish Catering Tent flooring and start building catering tent.
              ● Build catering storage

            TSO
            *Contact: Deidre* ██████████████
              ● On site to oversee load in

9:00 AM     BRADFIELD
            *Contact: Jim* ████████████████
              ● ████████████████████
            ███████████████████████████████████████████
            ███████████████████████████████████████████████████
              ● 7 PM Finish

9:30 AM     QUEST
            *Contact: Carol* ██████████████
              ● ████████████████████████
            ███████████████████████████████
            ███████████████████████████████████████

**WEDNESDAY, MAY 15, 2024**

7:00 AM     CHATTANOOGA TENT
            *Contact: Mike* ████████████████ *Mensur* ███████████
              ● ████████████████████
            ███████████████████████████████████████
            ███████████████████████████████████████████

8:30 AM     TSO
            *Contact: Deidre* ██████████████
              ● On site to oversee load in

9:00 AM      **BRADFIELD**
*Contact: Jim* ███████████████
- 1 Truck, 8 People, 5 Personal Vehicles
- 

- 7 PM Finish

9:30 AM      **QUEST**
*Contact: Carol* ███████████████
- ███████████████████████████████████

**POSH PRIVY**
*Contact: Brandon* ███████████████
- ███████████████████

## THURSDAY, MAY 16, 2024

*CHEEKWOOD, THURSDAY NIGHT OUT 5PM to 10PM, Public Event on the Grounds, Wedding Ceremony*

8:00 AM      **CHATTANOOGA TENT**
*Contact: Mike* ████████████████, *Mensur* ██████████████
- Finish Stage floor and begin installing tent

**UNITED RENTALS**
*Contact: Ryan* ██████████████
- Cut walls to fit air handlers

**TSO**
*Contact: Deidre* ██████████████
- On site to oversee load in

9:00 AM      **BRADFIELD**
*Contact: Jim* ██████████████
- 

QUEST
*Contact: Carol* ███████████
- Start cabling install in cocktail tent

## FRIDAY, MAY 17, 2024

*Preliminary Deadline for  Table Assignments and Guests Per Table*

*CHEEKWOOD, Wisteria Arbor Wedding Ceremony 5:30PM to 7:30 PM, Loggia 5:30 PM to 7:30 PM*

8:00 AM       CHATTANOOGA TENT
                 *Contact: Mike* ██████████████, *Mensur* ████████████


                 TSO
                 *Contact: Deidre* ██████████████
- On site to oversee load in

9:00 AM       BRADFIELD
                 *Contact: Jim* ██████████████
- ██████████████████████████
- 5 PM Finish

                 QUEST
                 *Contact: Carol* ██████████████
- Worked on cabling in cocktail ceiling

## SATURDAY, MAY 18, 2024
*CHEEKWOOD, Wedding Ceremony & Reception 5:30 PM to 11PM :Massey Hall, Wills Perennial Garden, MOA-Rec Room, Wedding Reception Only- Frist Learning Center 6 PM to 11PM*

NO WORK

## SUNDAY, MAY 19, 2024
*CHEEKWOOD, Wedding Ceremony  Only-Wisteria Arbor, Rec Room 5:30 PM to 7:30 PM*
NO WORK

## MONDAY, MAY 20, 2024

*1st Swan Sale Email is sent*

*CHEEKWOOD- CLOSED TO PUBLIC, Garden Society Event Massey Hall 10 AM to 1PM, Development Event Wisteria Arbor 5:30 PM to 7:30 PM*



8:00 AM     **CHATTANOOGA TENT**
*Contact: Mike* ███████████████ *, Mensur* ████████

- ████████████████████████████

**UNITED RENTALS**
*Contact: Ryan* ████████████
- Cable runs

**TSO**
*Contact: Deidre* ████████████
- On site to oversee load in
- Deidre leaves at 3 PM

9:00AM     **BRADFIELD**
*Contact: Jim* ████████████████
- ████████████████████████

- 5 PM Finish

**QUEST**
*Contact: Carol* █████████████
- ████████████████████████

**POSH PRIVY**
*Contact: Brandon* ████████████████
- ████████████████████

**ZACK SIMMONS**
*Contact: Zack* ████████████████
- Unloads materials
- Begins installing

**TAYLOR MARTIN**
*Contact: Taylor* ████████████████
- ████████████████████████

## TUESDAY. MAY 21, 2024

*CHEEKWOOD, Development Event Rec Room, Wisteria Arbor 6PM to 9PM*

8:00 AM     CHATTANOOGA TENT

         *Contact: Mike* ███████████ *Mensur* ████████████
- Install catering ramps
- Install stage ramo
- 

         UNITED RENTALS
         *Contact: Ryan* ██████████████
- Cable Runs

         TSO
         *Contact: Deidre* ██████████
- On site to oversee load in

9:00 AM     BRADFIELD
         *Contact: Jim* █████████████
- █████████████████████
- 5 PM Finish

         QUEST
         *Contact: Carol* ██████████
- █████████████████████████████████████

         ZACK SIMMONS
         *Contact: Zack* ████████████
- Continues installing

         TAYLOR MARTIN
         *Contact: Taylor* ███████████
- ████████████████████████████

         KNESTRICK
         *Contact: Jim* █████████████
- ██████████████████████

## WEDNESDAY, MAY 22, 2024

8:00 AM     CHATTANOOGA TENT

*Contact: Mike* ████████████████, *Mensur* ████████████
  - TBD

**UNITED RENTALS**
*Contact: Ryan* ████████████████████
  - TBD

**TSO**
*Contact: Deidre* ████████████████████
  - On site to oversee load in

9:00 AM    **BRADFIELD**
*Contact: Jim* ████████████████████
  - ██████████████████████████████████████████████████████████████████████████████████████████
  - 5 PM Finish

**QUEST**
*Contact: Carol* ████████████████
  - 2 Crew + Carol
  - ████████████████████████████████████

**ZACK SIMMONS**
*Contact: Zack* ████████████████████
  - Continues running wire and installing panels

**TAYLOR MARTIN**
*Contact: Taylor* ████████████████████
  - Continues installing on truss arches

**KNESTRICK**
*Contact: Jim* ████████████████████
  - Continues installing large flowers on truss arch

## THURSDAY, MAY 23, 2024

*CHEEKWOOD, THURSDAY NIGHT OUT 5PM to 10PM Public Event on the Grounds*

8:00 AM    **CHATTANOOGA TENT**
*Contact: Mike* ████████████████, *Mensur* ████████████
  - Continue building ramps, etc

**UNITED RENTALS**
*Contact: Ryan* ████████████████████

- TBD

**TSO**
*Contact: Deidre* ███████████
- On site to oversee load in

9:00 AM     **BRADFIELD**
*Contact: Jim* ███████████

- 5 PM Finish

**QUEST**

- Continue tweaks and drape in all tents

**ZACK SIMMONS**
*Contact: Zack* ███████████
- Continues running wire and installing panels

**TAYLOR MARTIN**
*Contact: Taylor* ███████████
- Continues installing

**KNESTRICK**
- ███████████

**FRIDAY, MAY 24, 2024**

*CHEEKWOOD, Wedding Ceremony Only Wisteria Arbor, Loggia 5:30 PM to 7:30 PM*

*DEADLINE FOR FINAL LAYOUT- NEED TABLE ASSIGNMENTS AND NUMBER OF GUESTS PER TABLE*

*SECURITY LISTS AND BOX DINNER COUNT DUE FROM ALL VENDORS*

*ALL VENDORS MUST HAVE FLOOR CLEAR BY EOD FOR CARPET INSTALL*

8:00 AM     CHATTANOOGA TENT

*Contact: Mike* ███████████            *Mensur* ███████████
- ████████████████

TSO
*Contact: Deidre* ███████████
- On site to oversee load in

9:00 AM      UNITED RENTALS
*Contact: Ryan* ███████████
- Generators and chiller load prep. Do not load onto FLC lawn until Tuesday

QUEST
*Contact: Carol* ███████████


ZACK SIMMONS
*Contact: Zack* ███████████
- Continues running wire and installing panels

TAYLOR MARTIN
*Contact: Taylor* ███████████
- Continues installing

## SATURDAY, MAY 25, 2024

*CHEEKWOOD, Garden Show Massey Hall 9AM to 5PM, Wedding Ceremony & Reception Frist Learning Center*

8 AM      CHATTANOOGA TENT
*Contact: Mike* ███████████, *Mensur* ███████████

- Deliver and Install 11 Fire extinguishers

TSO
*Contact: Deidre* ███████████
- Checks in with CTC

LUIS GONZALEZ
*Contact:Luis* ███████████

- Installs entrances

## SUNDAY, MAY 26, 2024

*CHEEKWOOD, Garden Show Massey Hall 9AM to 5PM, Wedding Ceremony Only Howe Garden and Rentals-Bridal Suite 5:30PM - 7:30 PM*

> TSO
> *Contact: Deidre* ███████████
> - On site to oversee load in

> TAYLOR MARTIN
> *Contact: Taylor* ███████████
> - Continues installing

## MONDAY, MAY 27, 2024 - MEMORIAL DAY

*CHEEKWOOD - CLOSED TO PUBLIC*

9:00 AM    TSO
> *Contact: Deidre* ███████████
> - On site to oversee load in

> POSH PRIVY
> *Contact: Brandon* ███████████
> - ███████████████████████

> TAYLOR MARTIN
> *Contact: Taylor* ███████████
> - Continues installing

> KNESTRICK
> *Contact: Jim* ███████████
> - 

## TUESDAY, MAY 28th 2024

<span style="color:red">*MUST WEAR PROTECTIVE BOOTIES ON CARPET/FLOORING ON ALL REMAINING INSTALL DAYS!*</span>

7:00 AM    UNITED RENTALS
> *Contact:Ryan* ███████████
> - ███████████████████████

- 

**TSO**
*Contact: Deidre* ██████████
- On site to oversee load in

**9:00 AM** **BRADFIELD**
*Contact: Jim* ████████████
- ████████████████████

- 8 PM Finish

**QUEST**
*Contact: Carol* ████████

- ████████████████

**ZACK SIMMONS**
*Contact: Zack* ██████████
- Continues installing

**TAYLOR MARTIN**
*Contact: Taylor* ██████████
- Continues installing
- Remove all equipment from catering tent by EOD

**KNESTRICK**
*Contact: Jim* ██████████

- ████████████

**10 AM** **CHATTANOOGA TENT**
*Contact: Mike* ██████████████, *Mensur* ████████

- ████████████

**11 AM** **MIKEYS MOTORS GOLF CART VENDOR**

*Contact: Dixie* ███████████████
- Delivers (2) 4 Passenger Golf Carts & (1) 6 Passenger Golf Cart

## WHITE DOOR
*Contact: Philip* ██████████████
- 

## SAM LEVINE
*Contact: Sam* ████████████
- Sam & Lisa arrive to walk through tent

## **WEDNESDAY, MAY 29, 2024**

*RAIN PLAN DECISION NEEDED BY 8:00 AM*

8:00 AM     UNITED RENTALS
*Contact: Ryan* █████████████

TSO
*Contact: Deidre* ███████████
- Deidre On site to oversee load in
- Margaret on site to help oversee load in

9:00 AM     BRADFIELD
*Contact: Jim* ██████████████
- ██████████████████████████
- 10 PM Finish

STEVE MITCHELL
*Contact: Steve* ████████████
- Gallagher Staging/Risers Load In
- Finish installing all major audio components

PLEASE BE SEATED
*Contact: Summer* ████████████████, *Rob* ████████████
- Deliver and set up catering equipment ██████
- KWC to meet PBS

QUEST

*Contact: Carol* █████████████
- Tweaks and adjustments
- ████████████████████
████████ ████████████

KNESTRICK
*Contact: Jim* █████████████
- ██████████████████

11:00 AM    STEVE MITCHELL
*Contact: Steve* █████████████
- Audio Equipment Load In

ZACK SIMMONS (electric)
*Contact: Zack* █████████
- Catering electric and outdoor lighting install continues
- Exit signs hung

TAYLOR MARTIN
*Contact: Taylor* ████████████
- Touch ups and tweaks

TBD         NUAGE LINENS DELIVERED

4:00  PM    ONSITE PRODUCTION MEETING
- Bradfield
- Steve Mitchell
- Quest
- Knestrick
- Taylor Martin
- TSO

6:00 PM     SAM ██████
*Contact: Sam* ████████████
- Musicians begin to arrive to FLC Lobby
- All musicians via Cheek Road gate, park in lot C or D

7:00 PM     SAM ██████
*Contact: Sam* ████████████
- Rehearsal begins with 19 musicians

8:30 PM     SAM ██████
*Contact: Sam* ████████████
- Rehearsal ends

CHEEKWOOD
*Contact: Katie*

14

- FLC Close

## THURSDAY, MAY 30, 2024

*FIRE INSPECTION ?*

*CHEEKWOOD, THURSDAY NIGHT OUT 5PM to 10PM Public Event on the Grounds*

<mark>TBD</mark>          **CHEEKWOOD**
- Remove all furniture in entry except large chest and 1 chair
- Remove chairs and tables from loggia & loggia hall
- Install jewelry cases in dining room
- Remove furniture from morning room

**UNITED RENTALS**
*Contact:*
- Test Start HVAC
- Determine if AC needs to start or wait until Friday AM

**TSO**
*Contact: Deidre* ███████████████



- ███████████████
- Margaret, Deidre, Emma, Hanna on site

9:00 AM          **BRADFIELD**
*Contact: Jim* ████████████████
- ████████████████
- 8 PM Finish

**QUEST**
*Contact: Carol* ███████████
- All tents, adjustments as needed

**ZACK SIMMONS**
*Contact: Zack* ███████████
- Catering electric and outdoor lighting install continues
- Exit signs hung

**TAYLOR MARTIN**
*Contact: Taylor* ███████████
- Continues installing

11 AM            KNESTRICK
                 *Contact: Jim* █████████████████████
                   ● Continue to work on all installations

2:00 PM          PLEASE BE SEATED
                 *Contact: Summer* ██████████████    *Rob* ████████████████████
                   ●
                 ███████████████████████████████████
                 ███████████████████████████████████

4:00 PM          FULL ON SITE PRODUCTION MEETING
                   ● Bradfield
                   ● Steve Mitchell
                   ● TSO
                   ● QUEST
                   ● TAYLOR MARTIN
                   ● KNESTRICK

5:00 PM          Full light check in dinner and cocktail tents.

*ALL TEAMS - CLEAR NON ESSENTIAL LIFTS AND EQUIPMENT BEFORE 9 PM*

**FRIDAY, MAY 31 2024**

*CHEEKWOOD- MANSION CLOSED TO THE PUBLIC FOR LOAD IN*

**CHEEKWOOD : Blocks 6 Spots at FLC, Lot C for OCMS photo shoot/load in**

**HVAC ON ALL DAY**

6:30 AM           CHATTANOOGA TENT
                 *Contact: Mike* ████████████████
                   ● ████████████████████████
                 ███████████████████████████████

9:00 AM           CHATTANOOGA TENT
                 *Contact: Mike* ████████████████
                   ● Technician on site all day

                 UNITED RENTALS
                 *Contact:*
                   ● Full day HVAC on

                 TSO
                 *Contact: Deidre* ████████████████
                   ● Deidre on site to oversee load in

**BRADFIELD**
*Contact: Jim* ███████████████████



● ████████████████████████

● 10 PM Finish

**QUEST**
*Contact: Carol* ████████████
  ● Final Tweaks

**PLEASE BE SEATED**
*Contact: Summer Tumblin*
  ● Delivers FLC order

**ZACK SIMMONS** (electric)
*Contact: Zack* ██████████████
  ● Catering electric and outdoor lighting install continues
  ● Exit signs hung

**TAYLOR MARTIN**
*Contact: Taylor* █████████████
      ● Final Touches

**LUIS GONZALEZ**
*Contact:*
      ● Final Touches

<mark>TBD</mark>   **COMPOST NASHVILLE**
*Contact: Micah* ██████████████████
  ● Delivers ███ Compost Bins for Catering

**AJAX TURNER**
*Contact: Nicole* █████████████
  ● Delivers Beer-to be split between Ball & Late Party
  ● ████████████████
      ████████████████

**KRISTEN WINSTON**
*Contact: David* █████████████
  ● Catering load-in
  ● Bar setup

**9:00 AM**     EVENTWORKS
*Contact: Alexis* █████████████
- ████████████████████████
- ONE TRUCK on dock at a time
  - ○

**9:30 AM**     TSO
*Contact: Deidre* █████████████
- Hospitality items set up for OCMS

**10:00 AM**    KNESTRICK
*Contact: Jim* ████████████████

CHEEKWOOD
*Contact: Jessica Ware*
- Greenrooms are set:
  - ○ Lipman Tack Room- OCMS Band Green Room
  - ○ H.G. Hill Room- OCMS Crew Green Room
- Has the following set in the H.G. Hill Room for OCMS Crew:
  - ○ 
- Has the following set in the Lipman Tack Room for OCMS Band Members:
  - ○ 

**11:00 AM**    PLEASE BE SEATED
*Contact: Summer* ████████████████
- Barware and tabletop delivered
- Dance committee items
- Wisteria Arbor
- Press items, placed in Morning Room:
- <mark>Georgia Bar - Wisteria Arbor</mark>

PLEASE BE SEATED
- Loads in Tabletop, Barware (partial) ████████
- Load in Aux. Order ████████

STEVE MITCHELL
*Contact: Steve* █████████████
- OCMS loads in
- ████████████████████████████████

OCMS
*Contact: Katie* ████████████████
- █████████████ begins in Lipman Tack Room (OCMS)

**12:30 PM**   OCMS
*Contact: Katie* ███████████████
- ████████████ conclude in Lipman Tack Room.
- Lunch Begins - Set up via Katie

TSO
*Contact: Deidre* ████████████
- Golf Cart Available for OCMS at FLC

**1:00 PM**   OCMS
*Contact: Katie* ████████████
- Photoshoot begins - Mansion not available.

Ice machine being delivered between 1 & 3

**2:00 PM**   CHEEKWOOD
- Has the following set in the FLC Lobby for Sam Levine Special Performance:
  ○



- Has ███████████████████████████████████████

- Has the following set in REC ROOM
  ○  (6) tables + 22 chairs (CW internal items)

TSO
*Contact: Deidre* ████████████
- Makes table and chair adjustments
- Sets morning room for press with the following:
  ○ ████████████████████
- Sets the following in the FLC Lobby for Sam ██████ Special Music Performance
- Sets the following in the Backstage for OCMS
- Sets the following in the REC ROOM for Dance Committee:

AUDI NASHVILLE
*Contact: Robert* ████████████
- Delivers ████
- Parks car in Triangle at base of mansion

**2:30 PM**   OCMS

*Contact: Katie* ████████████████
- Photoshoot concludes.

POSH PRIVY
*Contact: Brandon* ████████████████
- Delivers Restroom Trailer to Courtyard
- Cleans Dinner Tent Trailer and locks until Ball

3:00 PM      TSO
*Contact: Deidre* ████████████
- TSO picks up Dance Committee Desserts (cupcakes) from Susie CakesGreen Hills Village Drive ████████████
- Staff Meeting

3:30 PM      ALL PARKING AT TOP OF MANSION CLEARED

MAIN TENT CLEAR OF AS MUCH EQUIPMENT AS POSSIBLE

STEVE ████████
*Contact: Steve* ████████████████
- Sound check starts for OCMS

3:45 PM      SAM ██████
*Contact: Sam* ████████████
- Arrives with musicians for Rehearsal

4:00 PM      KRISTEN ████████
*Contact:David* ████████████████
- Sets tables
████████████████████████████████████
████████

STEVE ████████
*Contact: Steve* ████████████
- OCMS Sound check ends
- Audio set for rehearsal
- Audio needs in place for Sam ████████

SAM ██████
*Contact: Sam* ████████████
- Musical Rehearsal Begins

NFocus
Contact Janet
- Installs ████████████
- Dan Derwelis with Museum to oversee

==4:30 PM== ==Bar Set in Wisteria Arbor?==

5:00 PM    Cheekwood, TSO Rented Golf Cart available to Move Dance Committee

5:15 PM    **DANCE COMMITTEE**
           *Contact: Abby* ████████████████, *Catherine* ██████████████
           - Loads into REC ROOM

           **THE SOCIAL OFFICE**
           *Contact: Deidre* ███████████████
           - Have the following items in the Rec Room for DC:
           - ████████████████
           - ████████████████

5:30 PM    **DANCE COMMITTEE**
           *Contact:Abby* ██████████, *Catherine* █████████████
           - Arrive to site with notebooks ready
           - Enter Via Cheek Road Entrance and Park in Lot B

           **KRISTEN** ████████████
           *Contact: David* ████████████████
           - Bartender arrives to Wisteria Arbor

           **SAM** ████████
           *Contact: Sam* ██████████████
           - Special Performance Rehearsal Ends

           **SHOW RUN THROUGH**
           - Guests Needed:
             - Jane MacLeod
             - Sally Nesbitt
             - Carolyn Taylo
             - Amy Grant
             - Escorts
             - DC Members who are participating in show
           - <u>Presentation Begins:</u>
             - Background Music Playing
             - Jane, Sally, Carolyn and Amy Grant, Gift Bearer and escorts are all pre staged backstage
             - Drape opens- TBD width
             - Music Fades and VOG introduces Jane .
             - Jane MacLeod proceeds onto the stage to welcome guests, presentations of ball chairmen and swan award recipient.
             - Jane calls Chairs onto the stage.
             - ==TBD== will escort Carolyn
             - ==TBD== will escort Sally

- Escorts wait at backstage for return escort.
- Jane presents chairs with thank you gift.
- Chairs accept gifts
- The chairs hand off their gifts to Dance committee member.
- Jane introduces Chairs for brief remarks.
- Carolyn and Sally invite Amy Grant onto the stage.
- Amy Grant  proceeds onto stage escorted by ==TBD==.
- Dance Committee Member proceeds to stage with gift for Amy.
- Carolyn and Sally deliver remarks honoring Amy.
- Dance Committee Member gives award to Amy.
- Amy accepts Swan Award and delivers remarks.
- Amy gives gift back to Dance Committee Member.
- Amy, Carolyn, Sally, Dance Committee gift bearer exit back stage and are escorted back to their seats
- Jane concludes and asks guests to enjoy their dinner and returns to her seat.
- Recorded music plays
- Curtain Closes
- Music Resumes
- Steve Mitchell strikes Janes mic
- Quest strikes drape backdrop

5:45 PM        Melanie ██████ & Laura ████████ arrive to tour tent

6:00 PM        Dance Committee Site Orientation Meeting.

7:00 PM        LIGHT CHECK BEGINS -
               *Note: Bradfield can operate in house CW lights.*

7:30 PM        Dance Committee Departs

8:00 PM        FINAL ONSITE PRODUCTION MEETING

## SATURDAY, JUNE 1, 2024 - SWAN BALL

*CHEEKWOOD CLOSED TO PUBLIC*

*NO early viewing by former Chairwomen allowed. Next Year's Chairwomen are welcome*

==TBD==          CHEEKWOOD
- Moves trash cans in front of mansion to the side of stairs, in mulch (out of sight but usable)
- Cones blocking Lot C  for OCMS Band Member Parking & Jessie's Girls bus unloading

8:00 AM     CHATTANOOGA TENT- Technician on site all day
               *Contact: Mike* ███████████████, *Mensur* ██████████

               UNITED RENTALS- Technician on site all day
               *Contact:Ryan* ██████████████
- Catering cold room 60 degrees

               ZACK SIMMONS (electric)- Technician on site all day
               *Contact: Zack* ███████████████

               CHEEKWOOD
               *Contact: Peter* ████████████
- On site cleaning staff in Massey

8:00 AM     BRADFIELD
               *Contact: Jim* ████████████████
- ██████████████████████████ Staff arrives at 2PM and stays until 2 AM
- Touch Ups
- Light up Audi

               KNESTRICK
               *Contact: Jim* ███████████████
- Installs the following:
- Staircase
- Wisteria Arbor-
- Morning Room- ███████████
- Drawing Room- Fireplace Installation

9:30 AM     STEVE MITCHELL
               *Contact: Steve* ██████████████
- Production Crew arrives - parks in Lot C
- ████████████████████████████

10:00 AM     THE SOCIAL OFFICE
               *Contact: Deidre* ████████████████
- ██████████████████████████████████
- ██████████████████████████████████
- ██████████████████████████████████

               KRISTEN WINSTON
               *Contact: David* ██████████████
- Staff member arriving

               COMPREHENSIVE SECURITY
               *Contact: Loyd* ██████████████
- Uniformed Officer arrives- Front Door

- Brings ████████ to distribute to Dance Committee, TSO, Steve Mitchell, Gate Officers

WOO SKINCARE AND COSMETIC
*Contact: Marie* ████████████████
- Place ████████████ in bathrooms

**10:30 AM** THE SOCIAL OFFICE
*Contact: Deidre* ████████████
- Arranges a truck with a ████████████████████ bus at FLC
- Truck picks up trailer attached to ████████████ transports to dock.

JESSIE'S GIRLS
*Contact: Johnny* ████████████
- Arrive to load in and sound check
- Once bus is unloaded it can stay in Lot C until ready to transport band back to Hampton Inn Green Hills

STEVE MITCHELL
*Contact: Steve* ████████████
- ████████ Backstage only load in
- Crew arrives

PARKING MANAGEMENT COMPANY
*Contact: Brittany* ████████████
- 2 Managers arrive to set up lots, begin coning off spaces, drop off equipment, etc.:
- Valet Kiosk
- Parking tickets ████████████
- Signs: ████████████████████████████
- 3 Golf carts
- 12 Radios for Supervisors and Managers
- Umbrellas
- Water for staff

SAM LEVINE
- Lisa ████ drops costumes to FLC.

**11: 00 AM** Amy ████ visits tent

**12:00 PM** City Wide Cleaning Crew on site for remainder of day/evening
- ████████████████████████████

THE SOCIAL OFFICE

*Contact: Deidre* ████████████
- Transport 5 ████████ singers to stage for sound check

QUEST
*Contact: Carol* ████████████████
- Crew on site for final tweaks

**12:30 PM**    STEVE MITCHELL
*Contact: Steve* ████████████████
- ████████ Line/ Sound Check

KRISTEN WINSTON (6 staff cars allowed in Lot C)
*Contact: David* ████████████████
- Staff member arriving

PARKING MANAGEMENT COMPANY
*Contact: Brittany* ████████
- 2 Associates arrive, 1 stationed at CW and 1 Stationed at Immanuel Baptist to direct all staff where to park.

STEVE MITCHELL
*Contact: Steve* ████████
- ████████ Line Sound Check Concludes

JESSIE'S GIRLS
*Contact: Johnny* ████████████
- Bus departs lot C to Hampton Inn Green Hills

**2:00 PM**    GRAYLINE
*Contact: Julia* ████████████
- (2) 32-passenger Shuttles from ████████████ begin for staff (every 15 minutes until 3:00 AM, be sure to pick up staff at ████████████████████████

Jane ████████ arrives to tent to place placards.

OFF DUTY METRO POLICE OFFICERS ARRIVE TO BOTH CHEEK ROAD AND FOREST PARK GATES

COMPREHENSIVE SECURITY
*Contact: Loyd* ████████████████



PARKING MANAGEMENT COMPANY
*Contact: Brittany* █████████
- 2 Associates arrive at Cheekwood. No vehicles will be allowed onsite past this time other than for deliveries. Everyone one else will be directed to █████████.

<mark>Rain decision made on Wisteria Arbor Bar</mark>

SWAN BALL OFFICE
- Places Programs in seats

TBD VENDOR
*Contact:*
- Delivers TBD Vendor Meals for KW Staff to Kristen ████████ Kitchen-will be kept in her truck.
- Delivers TBD Vendor Lunch to Cheekwood for All onsite staff

THE SOCIAL OFFICE
*Contact: Deidre* █████████
- Margaret and Emma arrive
- Deidre and Hanna depart to dress

2:15 PM        LATE PARTY
- Katie Grace shuttle from Immanuel to Massey

2:30 PM        KRISTEN WINSTON
*Contact: David* █████████
- ████████ Staff members arriving via shuttle from ████████

PLEASE BE SEATED
*Contact: Summer* █████████
- Scullery truck gets set on farthest dock space

THE SOCIAL OFFICE
*Contact: Deidre* █████████
- Deidre and Hanna depart to dress

3:00 PM        GRAYLINE
*Contact: Julia* █████████
- (1) additional ████████ Shuttle arrives to assist in getting staff shuttled from ████████ to mansion. The main party staff will be dropped of at the Frist building and late party staff will be dropped TBD. Once late party staff begins arriving one shuttle will be designated for late party staff only.

KRISTEN WINSTON
*Contact: David* █████████

- ██████ Staff members arriving via shuttle from ██████

**PARKING MANAGEMENT COMPANY**
*Contact: Brittany* ████████████
- (6) PMC Associates arrive to help set-up lots, valet equipment, etc.

**THE SOCIAL OFFICE**
*Contact: Deidre* ████████████
- Madison arrives

**3:45 PM**   **KRISTEN WINSTON**
*Contact: David* ████████████
- ██████ Staff members arriving via shuttle from ██████

**LATE PARTY**
- Katie and Mae shuttle from ██████ to ████

**4:00 PM**   **KENTSHIRE**
*Contact: (XXX) XXX-XXXX*
- Arrives on site to set up in dining room
- TBD ASSISTANCE NEEDED FOR KENTSHIRE

**COMPREHENSIVE SECURITY**
*Contact: Loyd* ████████████
- In place by jeweler

**KRISTEN WINSTON**
*Contact: David* ████████████
- ██████ Staff members arriving via shuttle from Immanuel
- Truck arrives to dock

**TSO**
*Contact: Deidre* ████████████
- More staff arrives
- Confirms all is set in Rec Room for Dance Committee

**PARKING MANAGEMENT COMPANY**
*Contact: Brittany* ████████████
- ██ Associates and █ Supervisor
- ████████████████████████████████ .

**SAM** ████████
*Contact: Sam* ████████████
- Arrives to site to oversee.

| 4:30 PM | DAVIDSON COUNTY RESCUE SQUAD AMBULANCE ARRIVES ON SITE- parks in Courtyard, (STAYS UNTIL 3:00 AM) |

4:30 PM  DAVIDSON COUNTY RESCUE SQUAD AMBULANCE ARRIVES ON SITE- parks in Courtyard, (STAYS UNTIL 3:00 AM)
==Contact: TBD==

KRISTEN WINSTON
*Contact: David* ████████████████
- ████ Staff members arriving via shuttle from ██████

LATE PARTY
- 1 Chef's Market catering van needs to enter main gate and park behind Massey
- 2 Cars need to enter main gate and parks behind Massey
- Staff Parking at ██████ and Shuttle to ██████ ██████

4:45 PM  KRISTEN WINSTON
*Contact: David* ████████████████
- ██████ Staff members arriving via shuttle from ██████

5:00 PM  The Tennessean arrives to set up on lower Wisteria Arbor
*Rain Plan- set up in entry hall where gift shop is*

NFOCUS
*Contact: Janet* ██████*, Editor-in-Chief* ████████
- Arrives to set up in Drawing Room, In Front of Mantel
- Janet █████
- Christie █████
- Eric █████
- Angelina █████
- Matt █████
- Alissa █████
- Lorenzo █████

PARKING MANAGEMENT COMPANY
*Contact: Brittany* ████████████
- ████ additional site managers arrive and Valet staff arrive for final pre-event meeting.
- Oversees Dance Committee parking/shuttles

PEYTON ██████
*Contact: Peyton* ████████████
- Arrives on site to begin setup for photos

WALDO'S CHICKEN
*Contact: Madison* ████████████
- Delivers Dance Committee Food to Rec Room and sets it out

28

- ██████ Tender meal with biscuits and two sides

5:15 PM      TENT CLEARED FOR PHOTOS

THE SOCIAL OFFICE
*Contact: Deidre* ██████████
- Abby & Cara walk through
- Deidre back to site

KNESTRICK
- All candles turned on

MARY ██████
Contact: *Mary* ████ █ ████ ██████
- Arrives to take detail photos

5:30 PM      PARKING MANAGEMENT COMPANY
*Contact: Brittany* ██████
- Main Roll call: ████ Additional associates/supervisors arrive
- Management give direction as to set-up for the evening, lots and locations associates are to be stationed in.
- Manage **Uber** Arrival of Dance Committee

THE SOCIAL OFFICE
*Contact: Deidre* ██████████
- Staff at Gate in case of early arrivals

DANCE COMMITTEE
*Contact: Abby* ██████████████████, *Catherine* ████████████
- ████ members arriving by Uber to Main gate and shuttled to assignments on grounds

Wisteria Arbor Bar opens for Dance Committee in good weather - Wine and Beer only until 9:15.

Sally & Carolyn arrive for photos.

SAM ██████
*Contact: Phyllis* ██████████
- ████████████████████████

5:45 PM      <mark>Photos OPEN</mark>

6:00 PM      Sally and Carolyn's Family arrive for photos.

NFocus begins photos with Sally & Carolyn in Drawing Room

**KRISTEN WINSTON**
*Contact: David* ████████████████
- Service staff meeting on dance floor
- NEEDS MIC FOR MEETING

**PARKING MANAGEMENT COMPANY**
*Contact: Brittany* ██████████████

PMC to move associates to mansion to begin parking early arrivals for the Ball.

**TSO**
*Contact: Deidre* ██████████████
- Confirms the following are in place:
- ████████████████████████
████████████
████████████████████

6:15 PM   SOPHISTICATED LIVING begins photos with chairs and their families

**PLEASE BE SEATED**
*Contact: Summer* ████████████████
- ████ Round 1 service arrives via shuttle from ████████-2 cocktail tent, 2 Get main tent set up

**KRISTEN WINSTON**
*Contact: David* ████████████████
- (████ Staff members arriving via shuttle from ██████████

**THE SOCIAL OFFICE**
*Contact: Deidre* ██████████████

- Confirms the following are in place:
- HG Hill Room (Frist Center) is set with the following for OCMS Crew:
- The Lipman Tack Room (Frist Center) is set with the following for OCMS Band:
- TSO confirms The JC Bradford Room (Frist Center) is set with the following for ████████:

**STEVE MITCHELL**
- Confirms Backstage is set with the following:

30

6:20 PM     ▇▇▇ Dance Committee Members go to Front Gate to prepare for guests-Need Golf Cart Transport (Wisteria to Gate & Back).

6:30 PM     Photos begin with The Tennessean at the lower wisteria arbor (rain plan-set up in entry hall where gift shop is).

<mark>VIP PHOTOS with the following:</mark>
- <mark>(X)</mark>

**In Place Time.**
- All votives are turned on.
- Bars are staffed and ready.
  - Cocktail Tent
  - Wisteria Bar - no red wine
- Bars are set and stocked with the following:
  - Wine & Bubbly



  - Spirits



  - Beer



- The following appetizers are ready to be passed with food cards:
  - Lemon Shrimp
  - Mini Grilled Cheese
  - Burrata/Tomato/Pesto Crostini
- The following drinks are ready to be passed:
  - ▇▇▇▇▇▇▇
- (TSO) is set near the front door to greet guests.
- ▇▇▇▇▇▇▇▇

31

- Restrooms are set ██████████████████████████████ ██████████████████████ TSO providing restroom napkins.
- ███████████████████████████████.
- Dance committee finishes dinner.
- (TSO) places cooler with waters for dance committee in Rec Room.
- Harpist is set in the foyer.
- ████████████████████ playing in Cocktail Tent & Dinner Tent.
- ████ Parking Management Company staff members are in position at the front of the mansion to provide valet service to all guests.
- TSO is set at the Gate for assistance as able.
- Umbrella's are placed by valet as needed.

6:40 PM    ==Photos begin with NFOCUS in the library.==

==VIP PHOTOS with the following:==
- ==X==

6:45 PM    The News begins photos with chairs and their families.

DANCE COMMITTEE
*Contact: Abby* ██████████████████, *Catherine* ███████████████
- Is in place

6:55 PM    ==Your Williamson begins photos with chairs and their families.==
- ██ Dance Committee Members Swap out to staff Front Gate -Need Golf Cart Transport (Wisteria to Gate & Back)

7:00 PM    INVITE TIME

KRISTEN WINSTON
Cocktails in the Museum of Art
- ████████████ and ██████████

DANCE COMMITTEE
*Contact: Abby* ██████████████████, *Catherine* ███████████████
- Is assisting with seating
- Manning Gate
- Opening Doors at Entry

7:25 PM    ██ Dance Committee Members Swap out to staff Front Gate
*Need Golf, Cart Transport (Wisteria to Gate & Back)*

7:30 PM    LATE PARTY
- Chef's market van arrives to main gate and parks behind Massey

7:45 PM    LATE PARTY

32

- █████████████████████ shuttle from █████ to
  █████

**7:55 PM**    ████ Dance Committee Members Swap out to staff Front Gate
*Need Golf Cart Transport (Wisteria to Gate & Back)*

**7:59 PM**    SUNSET

Once confirmed all waters are set and Kristen █████ Catering is ready
for guests:
- Steve █████ makes VOG inviting guests into dinner tent
- Kristen █████ Rings Dinner Bell throughout tent

**8:00 PM**    FIRST DINNER INVITATION

TSO- Hanna picks up sandwiches from Jersey Mikes and places them in
the storage room behind KW Cold room. Beverages, Chips and Cookies
already set in there.

KWC
- Pre-Set Salads Start going out:
  - ████████████████████████████
- Begin Bread and Wine Service at Tables
  - ██████████████████████████

**8:15 PM**    SECOND DINNER BELL

KWC:
- Continues to pre-set salads
- Continues bread and wine service at the tables

PLEASE BE SEATED
*Contact: Summer* ████████████████
- Scullery Round 2 service arrives to █████ to shuttle to Ball-█
  People

PARKING MANAGEMENT COMPANY
*Contact: Brittany* ████████████████
- PMC to shift ██ associates to Botanic Hall to begin parking early
  arrivals for the Late Party.

TSO
- Gate is no longer staffed
- Fran ████ staffing gate for LP arrivals

8:25 PM     ███ Dance Committee Members Swap out to staff Front Gate
                     Need Golf Cart Transport (Wisteria to Gate & Back)

8:30 PM     THIRD DINNER BELL & VOG by Steve █████

                     GOLF CART NEEDED TO TAKE PHOTOGRAPHERS TO LATE PARTY

                     PLEASE BE SEATED
                     *Contact: Summer* ███████████████
- Scullery Round 2 service arrives via shuttle from █████████ people

                     Late party guests arrive at ██████████ entrance (guest list at the gate with guard and (2) dance committee members). Guests valet at tent entrance by Botanic Hall.

                     GRAYLINE
                     *Contact: Julia* ████████████
- ███████████████████████████████ Sam █████ Lisa ████ Ila █████ and musicians arrive at █████████ to get on shuttles.

                     SAM LEVINE
                     Contact: Sam █████
- Lisa ████ Ila █████ and musicians arrive at █████ to get on shuttles.
- Harpist returns to gather harp

8:35 PM     Jane, Carolyn, and Sally are given a 15 minute warning.

8:45 PM     All Guests are seated in the Dinner Tent.

8:50 PM     **RUN OF SHOW** begins with:
- Jane MacLeod
- Sally ████
- Carolyn ████
- Amy ████
- Escorts
- DC Gift Bearer

                     **Presentation Begins:**
- Background Music Playing
- Jane, Sally, Carolyn and Amy █████ Gift Bearer and escorts are all pre staged backstage
- Drape opens- TBD width

- Music Fades and VOG introduces Jane .
- Jane MacLeod proceeds onto the stage to welcome guests, presentations of ball chairmen and swan award recipient.
- Jane calls Chairs onto the stage.
- TBD will escort Carolyn
- TBD will escort Sally
- Escorts wait at backstage for return escort.
- Jane presents chairs with thank you gift.
- Chairs accept gifts
- The chairs hand off their gifts to Dance committee member.
- Jane introduces Chairs for brief remarks.
- Carolyn and Sally invite Amy ███ onto the stage.
- Recipient proceeds onto stage escorted by TBD.
- Dance Committee Member proceeds to stage with gift for Amy.
- Carolyn and Sally deliver remarks honoring Amy.
- Dance Committee Member gives award to Amy.
- Amy accepts Swan Award and delivers remarks.
- Amy gives gift back to Dance Committee Member.
- Amy, Carolyn, Sally, Dance Committee gift bearer exit back stage and hold there until Jane concludes
- Jane concludes and asks guests to enjoy their dinner
- Jane, Amy, Carolyn, Sally and DC gift bearer are escorted from backstage to their seats
- Curtain closes
- Recorded music plays
- Steve ███ strikes Janes mic

9:00 PM     KWC
- Clears Salads as able.
- Press dinner ███ in Morning Room-make sure unlocked



███████████████ begins in ████ Hall. Cheekwood security is posted at bottom of hill ███████████████████████
███████████

██ Dance Committee Members Swap out to staff Front Gate -Need Golf Cart Transport (Gate to Wisteria)

TSO Staff leaves gate and returns to tent.

████ arrives back to Cheekwood hold in FLC -HG Hill Room-Crew, Lipman Tack Room- Band.

9:15 PM     Dance Committee ██████████████.

SAM████
Sam ███ Lisa ███ Ila ██████ and musicians arrive to FLC Lobby.

**9:30 PM**    KWC Places Entrees:
- ███████████████ ▌ ███████
  ██████████████████

**PARKING MANAGEMENT COMPANY**
*Contact: Brittany* ████████████
- Pizzas delivered for all valet staff (a supervisor will pick these up from- TBD)

TSO- Have ███████████ cart at FLC to aid in Moving Special Performance musicians

**GRAYLINE**
    *Contact: Julia* ██████████████
- ████████████████████████████
  ████████████████████
- Sam ███████ Lisa ████████ Ila ████████ and musicians are shuttled to front and back of mansion

**9:45 PM**    SAM ████████
Sam ███████ Lisa ██████ Ila ████████ and musicians are all in place

**GRAYLINE**
*Contact: Julia* █████████████
- ███████████████████ OCMS from Frist to Stage

**9:55 PM**    KWC clears entree.

KWC Serves Dessert -pauses if not complete during Special Performance:
- ███████ ▌ ████████████████████

**10:00 PM**    Kristen ████████ staff sets up ████████████████ downstairs in foyer.

Luis Places Trash Truck at TBD- Confirm with Kristen the best placement depending on trucks on dock

**WALDO'S CHICKEN**
*Contact: Madison* ███████████
- Delivers ████████████████████████
  ████████████████████████
TSO

*Contact:Deidre* ███████████████

- Sets up Favors in Foyer- ? tables

Sam ██████ special performance starts (7 Minutes).

OCMS in place on stage ready to start  after Sam ██████ Special
Performance
*Contact: Katie* ████████████████

**10:07 PM**   Sam ██████ special performance ends. Deidre ██████ (TSO) is staged with
gift for Amy ██████ Hands off to Sam.

**GRAYLINE**
*Contact: Julia* ██████████████

- ███████████████ transports the Special Performance
musicians from Mansion to ██████ and then on to ██████

██████ in place in main foyer of mansion.

**KWC**
- 

**10:08 PM**   VOG Introduces OCMS

**10:10 PM**   OCMS follows Sam ██████ special performance <mark>(45 minutes).</mark>

**10:30 PM**   Late Party Guests are invited

Dance committee dates ████████████████.

**PARKING MANAGEMENT COMPANY**
*Contact:Brittany* ████████████████
Begin to shuttle late party guests from Botanic Hall to main Ball at Dori's OK

**GRAYLINE**
*Contact: Julia* ████████████████
- ███████████████ transport Late Party Guests to Mansion
- ███████████████ transports Late Party guests to Mansion

**10:40 PM**   **JESSIE'S GIRLS**
*Liza* ████████████
- Shuttle from FLC to Stage

**GRAYLINE**
*Contact: Julia* ████████████████

- ██████████████████████ from FLC to Stage
- This Shuttle then takes OCMS back to ████████

**10:55 PM**     OCMS Concludes & Shuttles Back to ████

**STEVE MITCHELL**
*Contact: Steve* ████████████████
- Begins stage turnover from OCMS to ████████

**GRAYLINE**
*Contact: Julia* ██████████████████
- ████████████████████████████████████
████████████████████████████████████████

**11:20 PM**     **STEVE MITCHELL**
*Contact: Steve* ████████████████
- Stage Turnover Complete

████████████ Begin their set with "████████".

**11:30 PM**     **PARKING MANAGEMENT COMPANY**
*Contact:Brittany* ██████████
- Early departures begin, all guests (Main & Late )will retrieve their vehicles ████████████

**11:45 PM**     Waldo's Chicken delivers late night bites- enters via ████████ and drives up service road to deliver to catering tent.

Kristen ████████ truck is loaded.

**12:00 AM**     Bars switch to ████████.

KWC passes:
- (500) Waldo's OG Chicken Sandwiches

**KENTSHIRE**
*Contact:*
- ██████████████████
████████████████████

**12:30 AM**     **LATE PARTY**
- Shuttle staff from ████ to ██████

**1:00 AM**     **PLEASE BE SEATED**
*Contact: Summer* ██████████████
- Scullery truck departs with tabletop and glassware

38

Kristen ███████ truck departs.

1:30  AM    Bars close. ████████████████████████
            ██████

1:50 AM     ████████████ begin final song.

2:00 AM     ██████████ conclude and are shuttled back to ███ Truck with trailer
needs to be ready to pull to dock

> GRAYLINE
> *Contact: Julia* ████████████████
> - ████████████████████████████████████
> - ████████████████████████████████████
> - ████████████████████████████████████s
>
> ████████████████████████████████████

**End of Event**

<u>**ALL**</u> **GUEST VEHICLES WILL BE BROUGHT TO MANSION,
INCLUDING RIDE SHARE SERVICE**

**PMC Note 2: Any intoxicated patrons will be instructed to get an
Uber or Lyft vehicle and cars will be moved to Lot A and keys
will be given to Security.**

<u>**SUNDAY, JUNE 2, 2024**</u>

TBD DETAILED DOCK SCHEDULE WILL BE DETERMINED & DISTRIBUTED

2:00 AM     STEVE ████████████████
            *Contact: Steve* ██████████████████████
            - Audio Equipment Load Out
            - ████████s Load Out

            PLEASE BE SEATED
            *Contact: Summer* ██████████████████
            - Aux. Rentals, Production Rentals loaded out
            - Loads out Rec Room, Wisteria Arbor
            - Begins loading out catering
            - Mansion must be clear by 6 AM

2:15 AM     CHATTANOOGA TENT
            *Contact: Mike* ██████████████████████
            - Opens tent walls as needed

**UNITED**
*Contact: Ryan* ████████████████████
- Powers down AC

**GRAYLINE**
*Contact: Julia* ████████████████████
- ██████████ Shuttle takes Jessie's Girls back to ██████████ Green Hills

2:30 AM  **KNESTRICK**
*Contact: Contact: Jim* ████████████████████
- Clears florals on tables

3:00 AM  **GRAYLINE**
*Contact: Julia* ████████████████████
- <mark>*Final Vendor/Guest Shuttles?*</mark>

**PLEASE BE SEATED**
*Contact: Summer* ████████████████████
- Loads out items in cocktail tent, dinner tent, FLC and remaining items in catering

**TSO**
*Contact: Deidre* ████████████████████
- Collects and bags linens
- Collects all bathroom items and takes to Swan Ball office
- Collects green room items
- Places all reusable green room items in Swan Ball office for next year
- Takes Lost and Found Items to Security
- Makes sure everything is removed from mansion
- Makes sure everything is removed from FLC

**EVENTWORKS**
*Contact: Alexis* ████████████████████
- Picks up ██████████
- Picks up cubbies from Catering storage
- ONE TRUCK on dock at a time

**PARKING MANAGEMENT COMPANY**
*Contact:*
- Last call for any remaining vehicles. Any vehicles left will be pulled into Lot A and key will be tagged and given to Cheekwood Security.

**COMPREHENSIVE SECURITY**
*Contact: Loyd* ████████████████████

40

- Collects all radios
- Departs

6:00 AM      MANSION MUST BE CLEARED

CITY WIDE CLEANING
*Contact: Peter* ███████████████
- Cleans under tent and all around mansion

7:00 AM      UNITED RENTALS
*Contact: Ryan* █████████████
- Generators are removed

7:30 AM      POSH PRIVY
*Contact: Brandon* ██████████████
- Picks up courtyard restroom trailer

8:00 AM      CHATTANOOGA TENT
*Contact: Mike* █████████████
- Rain plan entry tent breakdown (if chandeliers hung Quest must have crew to take down on site early

10:00 AM      QUEST
*Contact: Carol* ████████████
- Remove all drape
- Chandeliers crated and moved to dock

TAYLOR MARTIN
*Contact:*
- Dismantles all scenic elements

CHEEKWOOD OPENS TO PUBLIC- LOGGIA DOES NOT

STEVE MITCHELL
*Contact: Steve* █████████████████
- OCMS Load Out
- Loads out remaining audio equipment

12:00 PM      BRADFIELD LIGHTING- **NEEDS DOCK TO UNLOAD CASES**
*Contact: Jim* █████████████
- ████████████████████████████████
- Strikes stage lighting and gear
- Strikes perimeter tent lighting and gear
- Begins strike of overhead lighting

9:00 PM      END OF DAY

All decor and furniture (except for White Door) out of tent.

**MONDAY, JUNE 3, 2024**

*NO PARKING IN LOT C UNITL AFTER 1:15 PM -LOOP ROAD MUST BE CLEAR*
*8:30AM to 9:10AM, 11:45 AM to 12:10PM, 12:40PM to 1:10PM, 3:40PM to 4:10PM*

*CHEEKWOOD, 8:00 AM- 5:00 PM Cheekwood Summer Camp, Ceremony Only*
*Wisteria Arbor, Loggia 5:30PM to 7:30PM*

6:30AM      Dumpster picked up in courtyard by Cheekwood

         TSO
         *Contact: Deidre* ███████
- On site to oversee load out

         CHATTANOOGA TENT
         *Contact: Mike* ███████
- Begins auxiliary tent breakdown
- Take down walls
- Take down railings
- Egin to remove elevated seating platforms
- Take down stage tent
- Moved dumpster at catering deck for Cheekwood

         UNITED
         *Contact: Ryan* ███████
- Generator, ducting, and chiller removal continues

8 AM      WHITE DOOR RENTALS
         *Contact: Philip* ███████
- ███████ ███████

9:00 AM      BRADFIELD LIGHTING - **NEEDS DOCK TO UNLOAD CASES**
         *Contact: Jim* ███████
- ███████ ███████
- Begins dismantling stage truss structure
- Removes any remaining lighting and trussing

         MIKEY'S MOTORS   GOLF CART
         *Contact: Dixie* ███████
- Picks up ██ Golf Carts

         SWAN SALE BEGINS

         STEVE MITCHELL

*Contact: Steve* ███████████████
- Gallagher Staging Equipment Load Out

10:30 AM      COMPOST NASHVILLE
             *Contact: Micah* ██████████████
- Picks up █ Compost Bins (catering)

             Ice Machine picked up from courtyard

10:45 AM      QUEST
             *Contact: Carol* █████████████
- Pick up scaffolding

11:00 AM      Taylor ██████ arrives to load scenery on truck

12:00 PM      SWAN SALE ENDS- All remaining items taken to Swan Ball storage

TBD           KRISTEN WINSTON
             *Contact: David* ████████████████
- Returns unused alcohol to Lipman

ALL work ended at 5 because of Ceremony on Wisteria Arbor

**TUESDAY, JUNE 4, 2024**

*NO PARKING IN LOT C UNITL AFTER 1:15 PM-LOOP ROAD MUST BE CLEAR*
*8:30AM to 9:10AM, 11:45 AM to 12:10PM, 12:40PM to 1:10PM, 3:40PM to 4:10PM*

*CHEEKWOOD, 8:00 AM- 5:00 PM Cheekwood Summer Camp*

The Dumpster that is full on the service road is swapped for an empty one. Arranged by Peter

5 AM         UNITED
             *Contact:Ryan* ███████████████
- Chillers and backup generator are pulled from mulch path
- Chiller hose pick up, cable pick up, etc.

6:30 AM      CHATTANOOGA TENT
             *Contact: Mike* █████████████
- Breakdown of tents continues
- Monitors dumpster and pushes down anything sticking out over top
- Stage deck out by EOD

**WEDNESDAY, JUNE 5, 2024**

*LOOP ROAD MUST BE CLEAR: 8:30AM to 9:10AM, 11:45 AM to 12:10PM, 12:40PM to 1:10PM, 3:40PM to 4:10PM*
*CHEEKWOOD, 8:00 AM- 5:00 PM Cheekwood Summer Camp*

6: 30AM       CHATTANOOGA TENT
*Contact: Mike* ████████████
- Helps lay down mats to get restroom trailer and AC units out
- Takes down catering tent and decking
- Has tent ox ready to help Posh Privy pull restroom trailer out

7 AM          UNITED
*Contact:Ryan* ████████████
- Removes all air handlers on courtyard side of the tent

8 AM          TSO
*Contact: Deidre* ███████████
- On site to Oversee

9:30 AM     POSH PRIVY arrives to pull out restroom trailer-bring trailer hitch with. 2024 had to borrow United's to fit tent ox's smaller receiver.

10:30 AM    Murray ██████ meets Deidre at Swan Ball storage to pick up Swan Ball sale purchases she arranged

**THURSDAY, JUNE 6, 2024**
*LOOP ROAD MUST BE CLEAR: 8:30AM to 9:10AM, 11:45 AM to 12:10PM, 12:40PM to 1:10PM, 3:40PM to 4:10PM*

*CHEEKWOOD, 8:00 AM- 5:00 PM Cheekwood Summer Camp, THURSDAY NIGHT OUT 5PM to 10PM Public Event on the Grounds*

7 AM          CHATTANOOGA TENT
*Contact: Mike* ████████████
- Catering decking removal continues
- Carpet and vinyl removed from main tent
- Tops pulled on main tent

12 PM       UNITED
*Contact:*
- Removes remaining air handler on catering side and completes all work

**FRIDAY, JUNE 7, 2024**

*LOOP ROAD MUST BE CLEAR: 8:30AM to 9:10AM, 11:45 AM to 12:10PM, 12:40PM to 1:10PM, 3:40PM to 4:10PM*

*CHEEKWOOD, 8:00 AM- 5:00 PM Cheekwood Summer Camp, Ceremony Only Wisteria Arbor, Rec Room, Loggia Rentals Bridal Suite 5:30PM to 7:30PM*

7 AM   CHATTANOOGA TENT
      *Contact: Mike* ███████████████
- Crane arrives at 8AM to take down main tent beams
- Main tent and cocktail tents are taken down

9 AM   TSO
      Contact: Deidre ███████████
- Margaret checks in on site

## SATURDAY, JUNE 8th, 2024

*CHEEKWOOD, Ceremony Only Massey Hall 6PM to 11PM*

7:30 AM  TSO
      *Contact: Deidre* ███████████
- Deidre checks in on site

      CHATTANOOGA TENT

      *Contact: Mike* ███████████████
- Decking removal begins

## SUNDAY, JUNE 9, 2024

*CHEEKWOOD, Ceremony Only Wisteria Arbor, Rec Room, Loggia 5:30PM to 7:30PM*

TBD   CHATTANOOGA TENT
      *Contact: Mike* ███████████████
- All tent and flooring materials broken down by end of the day

## MONDAY, JUNE 10, 2024

*CHEEKWOOD, 8:00 AM- 5:00 PM Cheekwood Summer Camp*

7 AM   CHATTANOOGA TENT
      *Contact: Mike* ███████████████
- Final loading of gear and site inspection before departure

8:30 AM  TSO
      *Contact: Deidre* ███████████
- Margaret checks in on site

## TUESDAY, JUNE 11, 2024

*CHEEKWOOD, 8:00 AM- 5:00 PM Cheekwood Summer Camp*

*Catchup day in case of bad weather.*
*CHEEKWOOD INSPECTION OF GROUNDS*

Important Numbers & Info:

Ball Chairwomen:
Carolyn ███████ | ███████████
Sally ███████ ████████████

Planner:
Dori ███████ The Social Office, cell: ███████████
Deidre ███████ The Social Office, cell: ███████████
Margaret ███████ the Social Office, cell: ███████████
Emma ███████████ The Social Office, ██████████████████

Cheekwood:
Luis ███████ Facilities Manager, office: (███████████
Peter ███████ VP of Garden & Facilities: ██████████
Chris ████ Security, cell: (███████████ office: ██████████
Special Event Manager, Jessica ███████████████
COO Beth ███████████ (███████████

Swan Ball Office:
Suzanne ███████ Swan Ball Office Manager, ██████████
Monika ███████ Swan Ball Office Manager & Auction Coordinator, ██████████

Late Party Chairs: Katherine ███████ Molly ███████

Dance Committee Chairs: Abby ███████████ Catherine ███████████
███████

Public Relations: Chair: Sylvia ████████████████, Susan ███████
████████████

Vendors:
Alcohol:
Lipman (wine, liquor, beer), contact: Bethany ███████ office: ██████████
Ajax turner Nicole ███████ ███████████

Ambulance: Davidson County Rescue Squad, Robert ███████ cell: ██████████

Catering: Kristen ███████ cell: ██████████, David ███████ cell: ██████████
Marisa ███████ cell: ██████████

Cleaning: City Wide arranged by Peter ████

Entertainment:
Sam ████████████

Florist: knestrick by design, Jim ████████ ████████

Photographers:
Details: Mary ████████████████
Peyton ████ :  Peyton ████████████

HVAC & power: United rentals: Ryan ████████████

Electrical: Zack ████████ Electric, contact: Zack ████████████████

Ice: Ice Systems booked through Kristen ████

Jeweler: Kentshire

Show car: Audi Nashville, Robert ████████████

Lighting: Bradfield Stage Lighting, Jim ████████████████, office: ████
████████ Alfredo ████████████████

Tents/Floor/Carpet: Chattanooga Tent Company, Mike ████ ████████████████
████████████████ Mensur ████ Supervisor, cell: ████████████
Michael ████ Office Operations, cell: ████████

Rentals:
Please Be seated: Summer ████████████
Eventworks: Alexis ████
White Door: Philip ████████████

Linens:

Restrooms: Posh Privy, Brandon ████████████
Blinkerlite, Anita ████ Office Manager, ████ Mike: ████████

Scenic:
Draping & Chandeliers QUEST: Carol ████ ████████ Joe ████████████
Custom Scenery: Taylor ████████████

Security:
Cris ████████████
Cheekwood Security office ████████████
Comprehensive Security: Loyd ████████████

<u>Sound:</u>
Event Logistics and Consulting LLC, Steve ██████████████████████████
████████

<u>Transportation & Valet:</u>
Shuttles: Grayline
Parking/Valet: Parking Management Corporation, Brittany ██████████████

<u>Trash:</u>
Compost Nashville: Micah ████████████████████

Location Assignments:

PRESS:
Nfocus: Contact: Janet ████████ Editor-in-Chief ████████████
Mansion:
Drawing Room: NFocus
Janes Office: Sally, Carolyn and Ketch (Monday, May 13)
Rec room: Dance Committee
Staff Kitchen: Catering
Hallway outside of Staff offices and Staff Kitchen: Catering
Morning Room: Press Dinner
Dining Room: Jewelry
Lower Wisteria Arbor: Tennessean-moved to Gift shop due to rain
Frist Learning Center:
   ○ HG Hill Room- OCMS Crew
   ○ Lipman Tack Room- OCMS Band
   ○ JC Bradford Room- Jessie's Girls
   ○ FLC Lobby- Sam ████████
Botanic Hall: Late Party
Vendor Meal Pick Up:



THE SOCIAL OFFICE

The Swan Ball Chairmen
1200 Forrest Park Drive
P.O. Box 50438
Nashville, TN 37205

To The Swan Ball Chairmen:

The Social Office looks forward to working with you in connection with The Swan Ball on June 1, 2024. This letter will summarize the terms of our agreement.

1. <u>Purpose and Term</u>. The Social Office will be retained to assist the Swan Ball with the Event which will be held at Cheekwood on June 1, 2024 hereinafter set forth in Section 2.

2. <u>Services</u>. The Social Office will help the Swan Ball coordinate equipment and services required for planning and presenting the event as envisioned by the Swan Ball in the following manner:

**Consulting/Planning**

1. Planning Timeline Development
   a.   Develop plan for what needs to be completed when.
   b.   Help keep things on track – follow-up and assure that decisions are made in time to secure vendors and products. Generally, assist the Swan Ball by providing them with a timeline of key decisions that need to be made by set dates.

2. Budget Tracking
   a.   Develop budget for each category.
   b.   Once budget is approved by the Swan Ball Chairmen, track all expenses, and ensure spending is kept on target and within, or under, budget.
   c.   Provide the Swan Ball Chairmen and Swan Ball Staff with a complete payment listing of what payments are due when and how the payment should be handled.

3. Vendor Selection/Coordination

a.  Coordinate all vendor selection meetings. Coordinate with the Swan Ball Chairmen's schedule if they would like to attend vendor selection meetings or The Social Office will attend meetings representing the Swan Ball Chairmen and will discuss the outcome with the Swan Ball Chairmen.

b.  Manage and provide feedback and guidance on vendor contracts and proposals.

c.  Help to identify and secure vendors including floral design, décor, linens, tabletop, lighting, sound, rentals, tenting, parking valet, transportation, etc.

d.  Work with the Swan Ball Chairmen and their vision to pick out all rental items including any furniture, chairs, tables, linens, china, glassware, silverware, drapery, and any other decorative elements that may be needed.

e.  Track and manage all vendor contracts and contact information.

f.  Ensure payments are made on-time per vendor contracts.

g.  Work with caterer on menu planning.

h.  Work with the valet company to ensure that all parking and transportation service is as smooth as possible.

i.  Work with the caterer on all aspects of food/beverage.

j.  Coordinate with vendors regarding setup, décor, music, etc.

k.  Working with volunteers, coordinate security for the event and the production month prior to the event.

l.  Lead all Production Meetings with all vendors to discuss all decisions, challenges.

m.  Manage all entertainment pieces (cocktail and dinner musicians, Main Entertainment, Dance Band) and ensure all needs of entertainers are met and incorporated into the event from early on (AV, lighting, rider needs, transportation needs, etc.).

4. Design Layout/Development

a.  Collaborate with the Swan Ball Chairmen in developing a concept for the event including overall vision, theme, décor, etc.

b.  Using the vision of the Chairmen, propose design elements for each piece of the Swan Ball using resources that are unique and on par with the expectation of the Ball, but cost effective.

c.  Develop an overall floor plan/layout for the event.

5. Event Month/Day Timeline Development

a.    Working with all vendors prior to the event, develop a timeline/production schedule for load-in and breakdown and distribute it to all the necessary contacts.

b.    Distribute event day timeline to all vendors.

6. Swan Sale

a.    Working with volunteers to provide all information for items to be sold in the Swan Sale.

**Execution**

1.    Event Execution

a.    Oversee all event production, details, and logistics of the event.

b.    Coordinate and manage all production install and breakdown. TSO is on site each day of setup and breakdown to ensure everything is on track and vendors are holding to the standards of maintaining Cheekwood's property.

d.    Supervise the design, execution, and installation of flooring/carpeting, tents, AC, lighting, sound, rentals, staging, drapery, and decorations as needed.

e.    Oversee guest arrival, check-in, and trouble shoot any problems that may arise for the dinner, working with the team of volunteers to help manage these logistics.

f.    Oversee all event set-up and help staff the event accordingly (with volunteers/hired staff as needed).

g.    Manage the evening flow and timing of the event.

**Post-Event**

1.    Wrap Up

a. Prepare the necessary feedback for a post-event meeting.

b. Craft after-action report to help next years team on things that could have been improved.

3. <u>Permits and Licenses</u>.  The Social Office will assist the Swan Ball in obtaining and maintaining in effect all permits and licenses required to present at each Event and will comply with all rules and regulations in Nashville, Tennessee.

4. <u>Insurances.</u> The Swan Ball hereby releases, holds harmless, protects, and indemnifies The Social Office and The Social Office's officers, members, and employees and their respective heirs, successors and assigns from and against any and all liabilities, losses, damages, claims or causes of action, expenses and charges, of any nature whatsoever, arising out of the act or omission of the Swan Ball's agents, employees, contractors and representatives, in connection with the event anticipated under this agreement.

5. <u>Payments</u>. For its services, the Swan Ball agree to pay The Social Office a flat rate of ███████████.

The first deposit of ████████ 1/3 of total fee and expenses) will be due June 30, 2023. The second deposit of ████████ 1/3 of total fee and expenses) will be due on December 15, 2024. The final deposit of $████████ (1/3 of total fee and expenses) will be due on May 1, 2024. Any additional expenses covered by The Social Office are in addition to any service fees and will be invoiced within 5 business days of the date the expense is incurred. The Social Office will seek approval from the Swan Ball for any expense related to the Event prior to making a purchase.

6. <u>Relationship of Parties</u>. The Social Office is, and at all times shall be, considered an independent contractor, and in no way an agent of or employee, partner, or joint venturer with the client.

7. <u>Waiver.</u> No waiver of any provision hereof shall be effective unless in writing, signed by the party against whom the enforcement of such waiver is sought, nor shall any such waiver be held the way the same provision on a subsequent occasion nor be construed to constitute a waiver of any other provision hereof.

8. <u>Entire Agreement</u>. This letter contains the entire agreement between the parties unless modified or amplified by an agreement in writing.

9. <u>Applicable Law</u>. This agreement shall be construed in accordance with and governed by the laws and decisions of the State of Tennessee.

To: Swan Ball 2024
The Swan Ball Chairmen
1200 Forrest Park Drive
P.O. Box 50438
Sally ███████
Email: sallys█████████████
Carolyn ███████
Email: celt10██████████

To: The Social Office, LLC
1274 Duane Rd.
Chattanooga, TN 37405
Attn: Dori ████████████
Email: ██████████████
Phone: ██████████████

10. <u>Notices</u>. All notices and communications shall be in writing and shall be delivered in person, sent by telecopy or electronic mail or mail, postage prepaid, either by registered or certified mail, return receipt requested, or by overnight express carrier, lest in each case as follows:

We appreciate the opportunity to represent you. If these terms of our engagement are acceptable to you, please return a signed copy of this letter to us in the enclosed envelope. Our representation of you will commence upon receipt of the signed engagement letter.

We look forward very much to working with you on this event.

Very truly yours,

Dori Thornton Waller
**The Social Office, LLC**
**June 26, 2023**

**The Swan Ball Chairmen**

By: Sally ████████ Carolyn ████████

Signed: ████████ ████████

Date: 7/6/23 ████████ 7/18/23

_____, 2023