# SWORN DECLARATION OF KAREN CASEY

1. My name is Karen Casey, and I give this declaration of my own free will and without outside influences.
2. I served as the Production/Project Manager of Swan Ball for ___12___ years from __1998__ to ___2009___.
3. My work included overseeing and ensuring that the ball was built per the plans and vision of the Swan Ball Designer in collaboration with the Chairmen of Swan Ball.
4. During my engagement with the Swan Ball chairmen in the year leading up to the Swan Ball and during the Swan Ball year I attended production meetings and was on-site during the weeks of production before Swan Ball. I took direction/reported to the Swan Ball Event Designer or the Swan Ball Chairmen and never from a Cheekwood staff member.
5. I managed the vendors who were onsite fulfilling their work scope to produce the Swan Ball; Cheekwood did not manage the vendors.
6. I did not report to or seek approval from any Cheekwood staff as relates to producing the Swan Ball.
7. As Cheekwood served as the venue (event space), I coordinated, as needed, with designated Cheekwood team members, during installation, production, and load-in.
8. My financial discussions regarding my fees for services provided were with the Swan Ball chairmen and the Swan Ball Event Designer, not with Cheekwood staff members or employees.
9. My invoices were always sent to Swan Ball and never to Cheekwood, as I had no financial relationship with Cheekwood related to Swan Ball and my financial agreement.

I declare under penalty of perjury that the foregoing is true and correct.

Signed,

_____ (Signature)

_____Karen Casey_____ (Printed Name)

Executed on ____09/10/20024_____ (date).