# SWORN DECLARATION OF SARAMAE CARROLL

1. My name is Saramae Carroll, and I give this declaration of my own free will and without outside influences.

2. I worked with Jim Mees who was the Swan Ball designer for approximately 11 years. I was Jim's right hand woman for these many years and worked with him until his untimely death in 2013. I basically followed Jim's lead to see that this Volunteer-led and run event had a seamless outcome.

3. Jim was always chosen/engaged by the Swan Ball Chairmen, not a Cheekwood employee.

4. Jim collaborated with the Swan Ball Chairmen related to the theme, floral design, layout, style, lighting, tabletop, and all matters of creating a stellar Swan Ball. Jim never worked with Cheekwood staff members on his design process.

5. Neither Jim nor I reported to or sought approval from any Cheekwood staff member or employee regarding the concept creation, theme and production of any Swan Balls upon which we worked.

6. As Cheekwood served as the venue (event space), there may have been a Cheekwood employee in an occasional production meeting. And if needed we would work with a Cheekwood staff member if there were questions related to the physical plant (mansion or grounds) regarding installation, production, and load-in.

7. I had no involvement in financial matters related to Jim's engagement by the Swan Ball Chairmen.

8. To reiterate, neither Jim nor I nor the volunteer production team felt they were reported to any Cheekwood staff member. They were working for 'The Ball'.

I declare under penalty of perjury that the foregoing is true and correct.

Signed,

___Saramae Carroll___ (Signature)

___SARAMAE  CARROLL___ (Printed Name)

Executed on ___9/9/2024___ (date).