Statement for Former Swan Ball Chairmen

I, **Linda Mason**, was a Chairman of the Swan Ball gala in the year **1992**

- I was invited by the Nominating Committee, a group of former Swan Ball Chairmen. No employee of Cheekwood participated in that meeting. I accepted the nomination by contacting the Chairman of the Nominating Committee or another member of the Nominating Committee.
- My co-chairman and I made the decisions concerning all aspects of the gala event, including but not limited to the volunteer committee chairmen and party hosts, the event theme, the event coordinator and/or designer, the logo design, the invitation design, the décor, the floral arrangements, the entertainment, the caterer, and menu, etc. No Cheekwood employee was involved in these decisions, nor did they have the right of refusal.
- If my Co-Chair or I needed guidance as to specific decisions, we consulted the "Mini-Committee" (a small group of former Swan Ball Chairmen). Occasionally the Mini-Committee would seek guidance and a vote from the governing body of Swan Ball, the Executive Committee.
- At no time did either of us consult a Cheekwood employee for approval on any issue related to the Swan Ball gala, unless it was related to the physical logistics (activities in the mansion).
- My co-chairman and/or I signed a number of contracts for the vendors in either our individual capacity or on behalf of the Swan Ball/Swan Ball Committee. No Cheekwood employee was a part of the negotiation of those contracts, did not approve the contracts, did not review the contracts prior to its execution, nor was a party to the contracts nor was bound by the terms of the contracts.
- A volunteer treasurer opened a bank account for the use of our ball year only. Only my Co-Chair, our volunteer treasurer, and I had signatory authority on this account. Cheekwood did not have access to, nor signatory authority on this account.
- If applicable, ___**NA**___ (name of web company) either updated or redesigned the Swan Ball website used for the year I chaired the Ball. Either my co-chairman, a member of the Swan Ball volunteer committee, or I approved all design related matters and information represented on the website. No Cheekwood employee had any input, involvement, approval or denial authority in the design of the website. In recent years, it should be noted that Cheekwood asked to review any language on the Swan Ball website specific to Cheekwood.
- If applicable, ___**NA**___ designed the Swan Ball logo used for the year I chaired the Ball. No Cheekwood employee had any input, involvement, approval, or denial authority in the design of the logo.
- I did not at any time believe that I reported to the Cheekwood organization, or any employee associated with that organization.
- To the best of my knowledge, neither Cheekwood nor any employee ever had approval or veto authority over any aspect of the Swan Ball, aside from a list of approved vendors

permitted on the property that is provided for any event held on the property, and decisions related to the physical plant.

Please include below any relevant facts related to the above.

I declare under penalty of perjury that the foregoing is true and correct.

Signed,

Linda Mason _Name

_Linda L. Mason_ Signature

Executed on 9/10/24 (date).