UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SB INITIATIVE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CHEEKWOOD BOTANICAL GARDEN AND MUSEUM OF ART,<br><br>    Defendant. | Case No. 3:24-cv-00821<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

## ORDER

The parties and their counsel appeared for a judicial settlement conference in this matter on October 11, 2024. After mediated negotiation, the parties reached an agreement in principle to resolve all claims and counterclaims.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge