IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| SB INITIATIVE, INC., ) | |
| ) | CIVIL ACTION NO. 3:24-cv-00821 |
| Plaintiff/Counter-Defendant, ) | |
| ) | DISTRICT JUDGE ELI J. |
| v. ) | RICHARDSON |
| ) | MAGISTRATE JUDGE BARBARA D. |
| CHEEKWOOD BOTANICAL GARDEN ) | HOLMES |
| AND MUSEUM OF ART, ) | |
| ) | JURY DEMAND |
| Defendant/Counter-Plaintiff. ) | |

## JOINT STATUS REPORT

COME NOW SB Initiative, Inc. ("SBI") and Cheekwood Botanical Garden and Museum of Art ("Cheekwood") (collectively, the "Parties"), pursuant to the Court's Order requiring a status report regarding the Parties' settlement negotiations (D.I. 56), and respectfully notify the Court that they have not yet come to a final agreement on the specific implementation of their settlement term sheet. The Parties have exchanged several drafts of the settlement agreement and hereby agree to submit their remaining disputes over the language to Magistrate Judge Newbern for resolution as contemplated by agreement by the parties at the settlement conference. The Parties anticipate that those submissions will be made on or before 9:00 AM on Monday, November 18, 2024, such that the agreement will be finalized in accordance with the agreed procedure in due course. The Parties thus respectfully request that all deadlines in the case continue to be stayed pending finalization of the settlement language.

1

| | |
|---|---|
| Dated this 15th day of November 2024. | Respectfully submitted, |
| **WADDEY ACHESON** | **ADAMS AND REESE LLP** |
| /s/ *Chanelle Acheson* <br> Chanelle Acheson, TN BPR No. 30008 <br> Jack Waddey, TN BPR No. 0002665 <br> 1030 16th Avenue South <br> Suite 300 <br> Nashville, Tennessee 37212 <br> Tel: (615) 839-1100 <br> Email: chanelle@waddeyacheson.com <br>        jack@waddeyacheson.com | /s/ *Maia T. Woodhouse* <br> Maia T. Woodhouse, TN BPR No. 030438 <br> Jin Yoshikawa, TN BPR No. 038385 <br> 1600 West End Avenue, Suite 1400 <br> Nashville, Tennessee 37203 <br> Tel: (615) 259-1450 <br> Fax: (615) 259-1470 <br> Email: maia.woodhouse@arlaw.com <br>        jin.yoshikawa@arlaw.com |
| *Attorneys for SB Initiative, Inc.* | *Attorneys for Cheekwood Botanical Garden and Museum of Art* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2024, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

    Chanelle Acheson
    Jack Waddey
    **WADDEY ACHESON**
    1030 16th Avenue South
    Suite 300
    Nashville, Tennessee 37212
    Tel: (615) 839-1100
    Email: chanelle@waddeyacheson.com
            jack@waddeyacheson.com

                                                 /s/ *Maia. T. Woodhouse*
                                                 Maia T. Woodhouse