IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| SB INITIATIVE, INC. ) | |
| ) | Case No. 3:24-cv-00821 |
| v. ) | Judge Richardson |
| ) | Magistrate Judge Holmes |
| CHEEKWOOD BOTANICAL GARDEN ) | |
| AND MUSEUM OF ART ) | |

**O R D E R**

To ensure that the attention of the parties and their counsel remains on finalization of a settlement agreement following resolution by Magistrate Judge Newbern of the parties' dispute, *see* Docket No. 57, the parties must, by no later than **January 3, 2025**, submit either a joint stipulation of dismissal or a joint motion for proposed agreed order of dismissal.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge